UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



FILED
OCT 19 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

v.

09-CR-108S-1

SEAN McIVER,

Defendant.

---

# SENTENCING LETTERS

Kathleen Jackson

188 Lovering Avenue

Buffalo, New York 14216

September, 16th. 2010

RECEIVED
WILLIAM M. SKRETNY
OCT 1 9 2010
United States District Court
Western District of New York

His Honorable Judge William M. Skretny

US Courthouse

68 Court Street

Buffalo, N.Y. 14202

Dear Judge Skretny,

I am writing in regards to my nephew Sean McIver. Sean has been appearing before you for over a year now. I understand that on October 22nd. the court is going to sentence Sean and I don't know what happens after that. I don't know if Sean begins his sentence right away or not.

Judge Skretny,

Your honor, I believe you have gotten to know Sean McIver somewhat, during the times he's been before you in court. I don't know if you have gotten a sense of what type of man he is, I pray that you have. Sean will not run or commit any crimes if he is released until his next court date.

Each time Sean has come to court, his family has come from Buffalo and Niagara Falls to support him with our presence and our prayers. The last time we were there, we'd only had a short notice that Sean was coming to court that morning. I was in Niagara Falls at my sister's (Sean's mother's) house that day. My step-daughter drove to Niagara Falls to get me, my sister, and Sean's girlfriend. Then on our way downtown, we picked up my daughter and made it to your court for Sean. I bring this up to point out the support that Sean has behind him, and the love we have for him. If we'd had more notice, there

would have been more family members there.

If Sean is allowed home to await the next step, he will try to get a job to help with his legal expenses, but more than that, he will be especially supportive for his mother. Her husband, and the only real father Sean has ever known, died last November. My sister is going through so much pain right now. Sean's incarceration is taking an increasing toll on her, then to lose a man she's loved for nearly 30 years, well her health is suffering. Your Honor, having Sean home, even for a little while, would help her more than I can say. She can let go of some of the worry for Sean, and truly grieve for her husband. Then she can begin to heal from that tragic loss.

Judge Skretny, you see there is so much at stake here. Sean is such a good person. He committed criminal acts and we all know he has to pay for his actions, but please consider allowing him to come home for just a little while.

Thank you Judge Skretny, for your time and your consideration.

Sincerely,

Kathleen Jackson

United States of America<br>
-vs-<br>
Sean D. McIver 17416-055

Honorable Judge William Skretny
United States Court House
68 Court Street
Buffalo, N.Y. 14202



October 6th, 2010

Hello your Honor,

    My older brother Sean is a brother, son, fiance and uncle and more than we could ask for. He has been the glue that has held our family together for some time now. For my family these past couple of years have been the hardest years in our lives. We lost our older brother, Rasheen McIver from a drunk driver. We lost our dear cousin Angela Jackson to the hands of a coward and this past year we lost my Father Timothy Cornelious on his 49th birthday to a long battle from COPD and cancer. Then Sean was locked away because of lies and a lifestyle young black men often gravitate toward because of the lack of jobs, proper role models and education. I have two younger brothers and I am afraid that without my father and my older brother Sean home to tell my brothers to stay in school and become strong educated men they may make the same mistakes my brother has. Sadly, it seems, that I am losing all the older men in my life whom I looked up to.

    I know Your Honor that Sean loves our family very much, and never meant to put our family through this hardache. Sean is not a violent person and has never lifted a hand or weapon to anyone in his young life. Sean is always there to listen when you need someone to talk to no matter the circumstance and that hasn't changed since he's been in jail. In 2006 when I called to tell him that I was getting married he congratulated me and made sure I had made the right decision, and in all honesty his blessing was the only one I truly cared about. Sean is always very supportive, trustworthy and honest. When I had to go to a job interview he told me I should not go wearing open toed shoes because it may give the wrong first impression. I know that may not seem like a big deal but to me this is just an example of what type of man my brother is. When I told him I was joining the military he smiled and told me that it will be very hard because I have never been away from our family for so long, but he believed I could do it and told me I should definitely join because there was a better life out there for me. He always wanted me and my siblings to succeed.

    As a son, Sean is my mother's heart and strength. Where ever she goes he goes and vice versa. When she needs a shoulder to cry on he is there. Whatever she needs he will try his best to get it for her. When my mother was diagnosed with agoraphobia he would bring her to and from her doctor's appointments as well as bring her movies to watch to keep her entertained while she was restricted to her home. This past year I have witnessed how much my brother really means to my mom and unfortunately no amount of words could explain it on paper. Fearfully and honestly, I do not know if she could go on without him around especially since the death of my Dad. The shoes Sean wore are hard to fill.

    As, a poet Sean is deep. Some may think rap makes someone a gangster but my brother was far from that. His lyrics' spoke what we are all feeling and going through inside. I remember when he took me and some of the kids in the neighborhood to the studio to sing a chorus for one of his songs and when he was able to afford it he got that CD published and distributed them around town. His CD spoke of a life that is hard to escape unless you were born with a silver spoon in your mouth. It spoke of a city where jobs are dwindling, and life where your mother can't afford to pay her rent. It's hard out there your Honor and Sean spoke of that.

    My brother is not this creature some are making him out to be. He did not own a home, or a car or savings, and sometimes we question how we are going to pay the lawyer more money. Yes Sean may have made some mistakes but for those mistakes he does not deserve to have 20 years of his life taken away from him. My brother was just a lost and misunderstood artist living the life a young black man in Niagara Falls often falls prey to. Please take this letter into consideration when speaking of my brother to the courts. Thank you Your Honor.

Sincerely, *Timathy Torres*

Mrs. Timathy Torres,

Disabled Veteran of the United States Air Force

Administrative Assistant for Jacksonville Towers an Elderly Housing and development Corporation

136 Pennsylvania Drive

Little Rock AFB 72076

(501) 542-4801

RECEIVED
WILLIAM M. SKRETNY
OCT 08 2010
United States District Court
Western District of New York

Honorable Judge Wm. Skretny

I'm writing this letter in regards to my son Sean McElven. I love my son very much and really need him home with me I am going through a lot and its hurt me to know that Sean pleaded guilty to a charge he had nothing to do with I know he has to do a little time I hope its not much. I miss our family game night and Sunday dinner Sean is a good young man and I know he has learned from this. And when the Lord wants you to be or do something you drop what your doing and listen.

Please go easy on my son Sean and send him home to me soon

Thank You
Mrs Cornelious