**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



UNITED STATES OF AMERICA,

v.

**09-CR-108S-1**

SEAN McIVER,

Defendant.

**SENTENCING LETTERS**

09 CR 108

RECEIVED
WILLIAM M. SKRETNY

United States District Court
Western District of New York

09 CP 108-1

10/19/10

To The Honorable Judge William Skretny,
    I am writting to you in
Reguards and Consideration for
MR Sean McIver. I am a
very lucky and Concerned
friend of His. I am hoping
that your decision As fAR
As his Sentencing is lineant.
I met Sean 10 years ago
When I WAS going through
a very tramatic Situation
Mentally. I WAS held hostage
And my life WAS attempted to
be taken years before I
met MR McIver. I Never
got over the ordeal mentally
And trusted No ONe. No ONe
attempted to reach out to me
And I felt as though I
didn't deserve help from God
let alone human beings, I
WASn't worth it. I've done

wrong things in my past life and I felt I had to be punished by God and I deserved the abuse I got from people mentally and physcally, also verbally. I was told I was nothing and that I totally messed my life up and there was no hope, I wanted to die, but when I met Mr Meiver, he not only told me constantly but also showed me in many ways that I am somebody and that I could change my life and give back to society. He took time to talk to me as I saw him do many others and through that I became a certified nurses aid, a job I was born to do. Since this absence though I've fallen hard mentally with no support. I am in poor health and unable to work now

I have to go to a mental Health DR once a month as well as other DRs for my physical Health. MR. Mcnus has a very special gift and through letters of guidance still tries to help me stay strong, I am almost ready to just give up. please have mercy on Him when you deciede to make your decision as far as his sentencing is concurned we need him back in society as soon as possible. I love him like a gifted son. I know that God sent Him to me and others when we couldn't bear anymore here on earth to say, you are loved and you are some one I know Hes no angel but hes not the devil either please give him a chance to reedeem himself and make a change for the better. I would

I like to see him out very soon doing the right things and mentoring others so that they won't follow in his path as he has taught me to do and many others. I'm sure Mr Mikel was just caught up in a situation he felt he couldn't get out of but he always made sure to let our youth that crossed his path know not to follow in his foot steps and I respect him for that. He would do more good out than in. May we please see him in less than 5 yrs Sir. He's my gift from God.

Thank you very much.

Sundra Davis
Dee

Or at least 3 to something so he can do shock camp if possible

Just one of many others that he has helped for the good. I love him like a son.

RECEIVED
WILLIAM M. SKRETNY
OCT 2 2 2010
United States District Court
Western District of New York

To: Honorable Judge William Skretny

As I began to write each letter to you your Honor I got nervous because I didn't want to not say the right things and my son go's away for longer than he ~~deserves~~ has to so all I can do is be honest. Sean is a very good person with a good heart and very special to my life as well as my other children's ~~live~~. I raised him and his two sisters and two brothers, they went through a lot and had very little but I believe me and my husband did a great job raising them providing them with what we could when we could. Know doubt we weren't a perfect family but we were a family, one who leaned on each other for support and comfort.

Sean has probably had it the roughest of them specially after witnessing his older brother death to a tragic accident at humbolt park where he was struck by an drunken off duty officer. To this day I don't know if he's even ever gotten over this moment. Sean has helped raise his brothers and sisters and looked after them like a big brother should. Know one had to tell him these things he just automatically took on the responsibility on his <u>on</u> trying to make life some what easier for all of our lives.

Sean is my oldest son now and I love him dearly, ~~this~~ these past 19 months without him has been devastating to us all even more once my husband of 30 years passed away, this crushed me emotionally. Although Sean and step father has their differences they loved each other more than words could express. I can't imagine having to spend any more time without him not being here, when he left a piece of my life left also. I know that Sean has committed a crime and every crime has a consequence I don't believe he's done all the things the prosecutor has spoke of because my son wanted to go to trial and prove his innocence of this so called leadership gang role but he began to get tired and hopeless thinking his lawyer wouldn't fight for him fairly.

Sean has told me that he's accepted his responsibilities for what he has done and is going to allow God to make the judgement from here on out deciding his punishment that he may deserve. In the beginning I couldn't understand it but the more I talked to my son I understood how much he's really grown and I am proud of how strong my son has become and I too put my trust in God and knows he will be in your heart on October 22nd as well as every one else's heart.

I believe that Sean has done enough time honestly but that's not my decision to make it is Gods ultimately so I shall pray for the best. I know that what happens that day is what is suppose to happen, as Sean puts it "Gods will" I do know that we couldn't have asked for a more fairer Judge in this situation. I love my son and would like for him to be home just as every mother would want for their child. Know matter what happens I hope my son will be able to stay close to home if he does have to do more time because we don't have transportation and really never get to see's him.

I've only seen my baby only three times at the Batavia Facility and once at the Allegany County Jail that's a total of 4 times in 19 months and I'm use to seeing him every day prior to this. Your Honor I could sit here and write a book about why my son should be home but at the end of the day its all up to your judgement and Gods will. I thank you for time reading this and judging wisely on my sons life.

God bless you

Sally D. Cornelious

*Sally Cornelious*

RECEIVED
WILLIAM SKRETNY
WILLIAM SKRETNY
District Court
of New York
New York

To The Honorable Judge William Skretny

Dear Sir,

My name is Otis Jackson, The brother of Sally Comilus Jackson, and the uncle of Sean McIver. I'm writing this Letter an hope that you understand the feelings, we're going through. The Matter is i had a big part in raising the older Niece's + Nephew's. My motivations + inspritiations are based upon the positivity of helping one move Forward.

I'm proud of Sean in the communication he has affected on the younger one's, who needed the guidence + Knowledge, that i instilled in him, to share with those around him. In his growing years, I've never had to repete myself, nor raise my voice at any of the one's in his generation. That's from 15 on up to 58. My oldest Nephew just turned 58. Sean has been a influence to the Kids on the Street, from Keeping them out of trouble, helping them get back in school, work around yards, and useing their knowledge as well as their hidden talent. Rather it's playing an instrument, Keyboard, drums, or their voices. His genoroosity is outstanding, he never had a record of criminal or violent action. Based on prayer that's all we do. So your Honor, We pray, I pray that you be able to give Sean The Lightest Sentence, So that he my come home to us. He served 1yr. if possible home Confinement and 6 Months halfway house, or 3 Yrs Supervised release. →

I love + Care for all my ~~neice~~ nieces + nephews and Show no favortism some are good, some are ~~not~~ bad, but anyone of them have never disappointed me. They all Learned from experiance. And being a prime example of 18 yrs + 7mos. Clean of drugs & alcohole. I pray they take notes.

Thank you & Bless you for your time and patince

Otis Jackson

**United States Of America**

vs.

**Sean D. McIver 17416-055**

RECEIVED
WILLIAM M. SKRETNY

OCT 2 2 2010

United States District Court
Western District of New York

Honorable Judge William Skretny
United States Court House
68 Court Street
Buffalo, N. Y. 14202

October 14th, 2010

Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, N. Y. 14020

Re:supplement

I am sending this letter to you your honor to inform you that the enclosed  letters and certificates that I am sending you has also been sent to the prosecutor and my lawyer. My lawyer also has other letters and supplements that he will be presenting to you. Also I would like to inform you that I tried to contact my lawyer when I received my P.S.I to talk to him about a few things that I thought would be very important to resolve in my case, and he has not responded to me yet and I've sent him letters and have called him.

# United States Of America

vs.

## Sean D. McIver 17416-055

Honorable Judge William Skretny
United States Court House
68 Court Street
Buffalo, N. Y. 14202

August 19th, 2010

Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, N. Y. 14020

Re:Case

Hello your Honor,

Since I've been detained I have came across a lot of individuals on the same case as me even some who have tried to use me as a get out of jail free card by saying untrue things about me to the prosecutor in exchange for a lessor charge, like how I am a leader of the bloods and I sold numerous amounts of drugs. Often some times I'd be in a fit of anger at those who continuously tried to use me as there ticket to get out of trouble instead of them accepting their own responsibilities, but now when ever something like that happens I reread Romans 12:19 and then pray for those who do me or any one else wrong. Don't get me wrong your honor I'm no saint and I've made many eras in life just as we all have.

The lord has blessed me with so much strength through this long year and I prayed for him to strengthen my faith as well as my relationship with him and he has put me to the test of times. I was indicted on a serious charge September 3rd, 2010 which was a C.C.E and I couldn't understand it at first because right before this happened I was praying everyday and leading  people to Christ while in Allegany County Jail. I felt so hopeless and down I even started thinking of hurting myself because the pain from the stress was so deep and I had never felt this way before. I  told myself that if I'm going to sit here and give up, then every thing I just went through and all that I had witness was for nothing and that would be letting God and myself down, and my love is to strong for God to do this so I decided from that day of September to just give it all to God, my problems my stress my worry's and my case situations. Even right after my father past the devil tried to steal my joy but I stood even stronger and told myself God has a plan for me and he wants me to be the strongest I can be for myself and family

1

I have been gone now from my family for over a year and a half and have learned that this Isn't the life to live being in jail. I have lost my father while being detained, on his birthday which was October 30th, 2009. And it hurts still to this very day more then words can explain. I also lost a female cousin to an unsolved murder since detained. I took my prayer of salvation April 10th, 2009 after my wife decided to marry me in jail, and she refuses to let me go through this alone, and I thank God for that blessing.

I began to pray harder and started fasting every Sunday until this present day urging my mom, my wife, aunt and family to continue to pray harder and don't lose hope or give up on God encouraging them with many scriptures and comfortable prayers that God will deliver, we have to just trust in him and have faith and don't let the devil break our strive. I must admit I had to pray for myself and family every night harder then I've ever prayed before even crying on my cell floors some nights but I would not give up on myself. I realized why God put me here to grow me into the son he once had before when I was a child who loved to go to church, and try to gather as many people from around the neighbor hood to go with me, and learn the Bible verses to when little prizes. My mom who has already lost her oldest son to a drunken undercover officer and more recently lost her husband is not doing to well from all of this thats going on and I feel bad about it.

My selfish acts almost got me to lose my wife while in jail as she sat back an found out about every single woman I ever dealt with and we argued  many nights while I sat in jail, those were some of my most longest nights. I always took care of my family, mom sisters brothers and my wife. Right before I was arrested I use to go get my nieces and nephew for my mom everyday, this was something new to me because I was never an uncle so I got use to it and began to enjoy it a lot so I would call my mom to see if she wanted me to go get them before she could even ask.  I just want to come home now and help people become better in life and hear my testimony as well as the good news of Gods word and works.

I never really was a man who took the Bible serious but what I have found in it now I wouldn't trade it for the world. I thank God for sending me to jail because it has helped me build a personal relationship with him and has brought me and my family together stronger then ever and helped them to believe in God when some of them might of had lack of faith. Most importantly it has shown me how to be a man and take life seriously, and maybe he was saving me from something worst that was going to happened?.

Life is to short and if we have a goal, we must try to achieve it, so that we can have the things we need in our lives. This should not be just for our future, but for our families and any children we are responsible for bringing into this world. Children don't ask to be brought here, but they are. We then must do the best we can to provide for our future lives and the lives of our family. that means not doing things that will have, or bring, a negative effect on our lives or the lives of our loved ones. Things like taking the wrong path by selling drugs or involving yourself in criminal activities. we must stay around positivity and positive people and ask God to walk with us because sometimes you need that help and support.

2

I would like to be apart of a program when I am released so that I could teach the youths as well as those of my own age to get away from this lifestyle of crime and better their lives sharing with them my story. I know a lot of people all over Niagara Falls and Buffalo who need to be helped and I am even helping people already in these last two facilities I've been in. I know that any negative thing that one chooses to do he or she is responsible for it so having the ability to correct it shows responsibility and growth for I have now learned how to turn a negative to a positive. When I was in the streets I never really had God in my life, I mean I knew of him and I prayed every once i a while I even spoke of him to a few others at times but I can honestly say I never really new him.

But now I have to tell you without him in my life I would be destroyed right now as a person. All the so called friends I had out in those streets God showed me the truth about them while I was locked away. The type of person I became when I was out there God allowed me to see him from the outside looking in. All the things I've done wrong and peoples who's feelings I've hurt, God allowed me to feel their pain while being detained. That person who thought it was cool to do the things I did while in the streets wasting time, God showed me him in the mirror in the begining of my time in jail  This hurted, this is pain that I've went through in less than a year that could have been avoided if I taken a different path in life.

I realize that God has brought me here to sit me down to get my attention and help me reach my spiritual side giving me a second chance to get it all back to positivity and find Sean and he has my undivided attention. Through this experience I can noe honestly say when I look in the mirror I see a child of God, a man who has grown up and learned to accept his responsibilities and make his life worth living for.

Making no excuses I made poor judgement and now see that I have let my family down as well as my girlfriend of 13 years and regret it. My wife had the opportunity to go to Disney World for her Internship and has not went because she doesn't want to leave with me having to go to court without her and that saddens me cause I have put her in this situation over my selfish acts and have stolen what may have been her dream from her. I have a lot I would like to  say to the courts and the people who will be sitting there that day of sentencing, if you allow me time to speak that day your honor. We all have our down falls in life but that's no excuse for regrettable behavior, and sometimes discipline is the only way to get some ones attention in order to bring them back to reality.

I know that I have put a dent in my relationship between me and my nieces, nephews, and goddaughter as well, for my time away will always be a part of their memory. In may of 2009 my goddaughter said to my wife, when is my god daddy coming home. My wife answered hopefully soon, She then cried and said is my god daddy going to die in jail like my dad... That was one of the most painfulness days in my life when I heard this next to the loss of my brother, and my father last year on October 30th 2009 which was his birthday.

3

I have gained my G.E.D several certificates for computer class and a handful of character letters, and helped many people change there old ways along the way. Through this I've come to realize I have a true gift and can use it to help others love and understand life a little more better if not a lot. The moral of this story is once I decided to give it all to God, my worry's and concerns, even when the road got rough and it looked like there was no hope the lord took care of me, so regardless now I put him before everything, and no longer is there a "I" on the throne of my heart. I want to teach that to people and I do that in here every day also sharing with people that you can't serve two masters. As I share things with people in here I also still teach myself as well through listening because I still have a lot of growing up to do as well, spiritually and emotionally and I enjoy learning about the lord and how to respect life.

We have so much energy to do the wrong thing but become so weak to do the right. We are in charge of our own minds and I am a strong believer of this so one should be mindful of his or her actions for it could cause a drastic cause an effect if we don't act wisely. we must know that every negativity has a consequence which I have learned the hard way. With the tools I've endured over my time detained I know now that only I can hurt me and my future by the actions I choose to take. Its just sad it took this type of discipline to realize it.

~Love not War~

thank you your honor for taking the time out of your day to read this. God bless you and thank you for your patience.

Sean D. McIver

**BOCES INSTRUCTIONAL PROGRAMS**
Instructor: Ms B

ALLEGANY COUNTY JAIL
4884 State Route 19
Belmont, NY 14813

June 19, 2009

To Whom It May Concern:

Sean McIver has been attending GED classes offered by BOCES during his sentence at Allegany County Jail.   Classes are held twice a week.   Sean has maintained very good attendance.

Sean has been working hard toward preparing for his GED.   His math and reading skills have improved substantially and he will soon be ready to take the actual GED exam. He is very committed to learning.

Sincerely,

Barbara Bergerson
Barbara Bergerson
Program Instructor

**BOCES INSTRUCTIONAL PROGRAMS**
Instructor: Ms B

ALLEGANY COUNTY JAIL
4884 State Route 19
Belmont, NY 14813

July 29, 2009

To Whom It May Concern:

Sean McIver regularly attends the GED and computers classes at the Allegany County Jail. He has been a hard worker, asks questions and has made some nice academic gains.

On July 23 and 24, 2009, Sean McIver took his GED exam. Although we won't know the results for a few weeks, we are proud of Sean for reaching an academic level needed for the exam.

Sincerely,

Barbara Bergerson
Program Instructor

# Computers

The Cattaraugus-Allegany County BOCES recognizes

## Sean McIver

for completing eighteen (18) hours of Computers (Excel).

**Summer 2009**

_Susan McIver_
Signature

7-30-09
Date

**B⬡CES**

Cattaraugus Allegany BOCES
GED Program
1825 Windfall Road
Olean, New York 14760

July 31, 2009

Dear Sir or Madam:

Sean McIver has been attending GED classes at the Allegany County Jail since March 25, 2009.  He has very good attendance at the class, which is held twice a week.  Mr. McIver recently took the GED Exam, and is currently waiting for his results.  He is now working on learning Microsoft Excel.

Mr. McIver worked very hard to get ready to take the GED Exam.  He raised both his math and reading skills significantly.  He frequently took work back to his pod to work on while not in class.  Mr. McIver is pleasant and respectful in class, and had demonstrated a desire to learn and to better himself.

Sincerely,

Susan Kervin
Adult Education Instructor

Cattaraugus-Allegany BOCES

# Certificate of Completion

is hereby granted to

# Sean McIver

to certify that he has completed to satisfaction

# Microsoft Excel Book I

Granted: August 11, 2009

Sue Kelum   Adult Education Instructor

[name, title]



# OFFICE OF THE SHERIFF
# ALLEGANY COUNTY



**WILLIAM R. TOMPKINS**
**SHERIFF**

4884 STATE ROUTE 19 S
BELMONT, NEW YORK
14813-9506

**WILLIAM F. GOETSCHIUS**
**UNDERSHERIFF**

| | |
|---|---|
| Telephone | 585-268-9200 |
| Civil Office | 585-268-9201 |
| Administrative Fax | 585-268-9484 |
| Jail Division | 585-268-9428 |

August 12, 2009

I have known Sean McIver for six months. During that period of time he has really changed. He has spent a lot of his time reflecting on the decisions he has made in his life that have led him to residing in Allegany County Jail. He has spent time trying to make himself a better person. He has attended classes and obtained certifications. He has spent time learning more about himself and developing a plan to help him when he is outside of this facility and back in society. He is well aware of the mistakes he has made in his life, however he has matured and decided that life is not what he wants any longer.

We have had several conversations during his stay here and he really feels that he has something to offer to society once he is out there again. His experiences in life, incarceration and the religious and educational growth he has accomplished in jail give him an unique outlook on life. He feels that he has a lot to offer to younger people who might be heading in the wrong direction and can relate to them and guide them in a better direction. He would really like the opportunity to help others in their life. He tells me that he has employment lined up for when he is released so he can be a productive member of society and still be able to help others.

During Mr. McIver's stay in our facility he has been a calming influence in the general population. He has not had any behavior problems or discipline problems. He has attended all the classes and bible studies that he has been able to get to. He has helped other individuals as much as he can. He has proven to himself and others that he is capable of accomplishing those goals he has set for himself. I feel that Mr. McIver will do well in society. He has spent time learning and preparing himself for society. He has developed a plan to assist him in his goals of working and helping others. He is well aware of the pitfalls that are outside of the jail and has plans on how to avoid them. Of all the individuals I have seen pass through this jail, he is one of the few that has actually thought through his life, what he did, where he wants to go from there and developed the plan to do so. I feel given the opportunity he will succeed at all his goals.

Sincerely,

Cheryl K Ralyea CRNP

Report of **TABE** (Test of Adult Basic Education) Scores
  Complete Battery for **Reading** and Computational and Applied Math
Student: **Sean McIver**

| Subject | Date | Grade Level |
|---------|---------|-------------|
| Math | 3/26/09 | 7.1 |
| Math | 4/22/09 | 9.3 |
| Math | 7/15/09 | 11.0 |
|  |  |  |
| Reading | 3/26/09 | 9.4 |
| Reading | 6/15/09 | 12.9 |

Compiled by S. Kervin, Adult Education Instructor
8/12/09

August 14, 2009

To whom it may concern:

Be advised, I have been visiting the Allegany County Jail for the past nine years, as a volunteer holding Alcoholic Anonymous [AA] meetings for the inmates. I used to be one of five people that rotated Sunday evening meetings at 7pm. Currently, I am the only one left; however, I'm hoping to rebuild a team so we can provide meetings every Sunday.

I am writing to you now because on Sunday, August 2nd, an inmate, Sean McGuyver in E-Block, asked if I would write a letter on his behalf stating that he had attended the AA meetings and participated in the discussion. I can attest to the fact that he has done this on numerous occasions.

For what it is worth. If you have any questions or need further information my contact information is on file with the Police Department.

Thank you,

Brice M. Weigman



# Anger Management

The Cattaraugus-Allegany County BOCES recognizes

## Sean McIver

for completing six (6) sessions of Anger Management

**Fall 2009**

_Monte W. Suttle_
Signature

10/20/2009
Date

University of the State of New York
### THE STATE EDUCATION DEPARTMENT
High School Equivalency Programs & GED Testing
P.O.Box 7348
Albany, New York 12224-0348

### NEW YORK STATE HIGH SCHOOL EQUIVALENCY DIPLOMA TRANSCRIPT

You have earned satisfactory scores * on the GED Tests and have been awarded a New York State High School Equivalency diploma.

| **Test Scores** | | |
|---|---|---|
| Language Arts - Writing | **510** | |
| Social Studies | **420** | |
| Science | **500** | |
| Language Arts - Reading | **590** | |
| Mathematics | **470** | |
| **Total** | **2490** | |

| | |
|---|---|
| Test Center Number | **734** |
| Test Date | **10/15/2009** |
| GED ID Number | **362112** |
| Provided ID Number | **XXX-XX-9500** |
| Date of Birth | **07/08/1978** |
| Diploma Number | **W02658513** |
| Date Issued | **11/04/2009** |

* 410 minimum score for each subject **and** 2250 minimum total score required

*Sean D Mciver*
*4884 State Rt 19*
*Belmont  NY 14813*



604877 ABES

| This transcript is produced for: | **Sean D Mciver** |
|---|---|
| Amount received: | **$10.00** |

HSE 661 (3/02)



The
## University of the Education State of New York Department

Be it known that

### Sean D Mciver

*having satisfactorily completed the requirements prescribed by the Commissioner of Education is thereby entitled to this*

## High School Equivalency Diploma

In Witness Whereof *the Regents issue this diploma under seal of the University at Albany in*

*President of the University and Commissioner of Education*

**November 2009**

W02658513        DUPLICATE ** DUPLICATE

**U.S. Department of Homeland Security**
**Immigration & Customs Enforcement**

**Buffalo Federal Detention Facility**
**Batavia, New York**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will not be permitted to work in excess of 8 hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Meiver Sean_____, ID# _17 416 055_, from Housing Unit _A2 - 161_

(Detainee Name)

have read, understand, and agree to comply with the above. I have received and understand relevant safety training regarding my work assignment.

_____
(Work Assignment)

_Sean McD_____
(Detainee Signature)

_5-5-10_____
(Date)

_C. Wam_____
(Department Manager Signature)

**Original: Department Manager**
**Yellow: Detention File**

**Blue: Detainee**
**Pink: COTR**

**BFDF-0016**
**Revised 01/04**

148 Early Street
Wellsville, NY  14895

April 10, 2010

To Whom It May Concern:

I've known Sean McIver for more than a year.  He came to the Bible Studies I conduct in the Allegany County Jail in Belmont, New York, looking for some answers to the important questions of life.  He was faithful in his attendance at these studies for the whole time he was in Belmont.  He was sincerely interested in the teachings of the Bible, and he grasped the meaning of what is given there and came to understand the importance of involving God in his life.  I know he tried to advise young inmates about the need to change their way of life and has encouraged others to attend the Bible Studies.

I believe that Sean has come to understand that the presence of the Holy Spirit in his life will help him to become the person God wants him to be (Rom. 8:5-9, 29).  He has expressed to me and the others in the Bible Study group that it is his intention to live for Christ.

I believe that he wants to change and has changed as a result of refocusing his priorities to align with what God wants for us.

Thank you for considering this as you make important decisions affecting his life.

Sincerely yours,

Leonard Ladage, Pastor
Grace Christian Fellowship
PO Box 867
Olean, NY 14760
585-593-1146

# Bible Correspondence Course
## Certificate



"*My New Life In Christ 1*"is granted this Certificate by Source of Light
Ministries International in recognition of this achievement on **September 22**
in the year of our Lord ___2010___

**Sean McIver**, having satisfactorily completed

## Source of Light Schools

General Director
SLM International

International Schools Director
SLM International

Madison Discipleship
School

MDS (R 309)

The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also.
2 Timothy 2:2

HONORS

Kathleen Jackson

188 Lovering Avenue

Buffalo, New York 14216


Your Honor Judge Skretny,

I am writing to you in regards to my nephew Sean McIver and his sentencing on October 22nd. 2010.

Your Honor, as I sat in your court room on July 6th. 2010, I heard the pain in my nephew's voice as he

had to plead guilty to being a gang leader. This, I understand, is part of the plea bargain system, to plead

guilty to something that is not necessarily true. So, your Honor, having said that, I am asking you for

leniency in your sentencing of Sean.

Sean has already gone through so much behind the bad choices he made, choices which he understands,

were no one's fault but his own. He has accepted responsibility for his actions, and is prepared to repay

society for this. Your Honor, I am asking that Sean is given the  opportunity to repay this debt without a

long prison term.

I  have stated in past letters,  that my nephew is not a hardened criminal. Sean is not malicious, he is not

a career criminal. He is not a gang leader and does not have a history of violence.

Sean is tired of going back and forth to court. He is tired of having his family, especially his mother,

constantly trying to figure out how to get to and from  Buffalo, for Sean's court appearances. This is,

more than anything, the reason Sean plead guilty to something that isn't true. Another reason Sean

took the plea is the constant stress that he is under in prison.

Judge Skretny, I am asking for leniency in your sentencing of Sean McIver. I am asking you to consider all

the good he has done under the dire conditions in prison. Sean is a first-time offender, and yet he

managed to do positive things for himself and other inmates in prison. His reference letters from

some of the Allegany prison staff attests to Sean's positive influence during his incarceration there.

Sean has decided to continue his positive life when he is released. He wants to continue his education

now that he has acquired his G.E.D, something else he did in prison. Just to accomplish getting his

G.E.D, focusing on God, and learning computer skills, all while incarcerated, goes a long way in showing

Sean's determination to turn his life around and be a better person. Sean would be an asset wherever

he goes, but I pray that he doesn't spend a lot more time in jail. If there is a possibility for an ankle

monitor, home arrest and probation, I pray that Sean qualifies for this.

My sister, Sean's mother has also suffered since Sean was arrested. She lost her husband and is still

grieving while she also worries about Sean. She needs her son home. She needs his emotional support,

and physical presence, in order for her to even begin to heal from her loss.

Sean also needs, and has, a support group. The members of his family, siblings, cousins, aunts and

uncles, have every intention of being there for Sean. We intend to insure that Sean does not stray from

his goals of leading a positive and law-abiding life when he comes home.

Thank you, Judge Skretny, for your time and consideration.

Sincerely,

Kathleen Jackson

Sept 26th 2010

*Dear Sean,*

Greetings in the name of Jesus Christ, who is Lord and Savior to those who believe in Him and His salvation plan. May His grace, mercy, and peace be with you today and always.

*You did an excellent job on Lesson 1.*

There are many questions about life that can be answered by reading and studying the Bible.  The Bible helps us to believe in God without seeing Him. I hope that you enjoy and learn to cope with the hard things in life through these Bible study lessons. I want to encourage you to continue reading and studying the Bible. By doing this on a regular basis you will grow in your knowledge of who God is (FATHER, SON, and HOLY SPIRIT – three persons in ONE) and who you are in relationship to Him, and you will grow in your faith and love for God.  God is so loving and good towards us even though we do not deserve it. He saved His people from His wrath when they were yet still sinners. We did nothing to earn His forgiveness. It is His gift to those who believe in His Son's redemptive work on the cross. It is through His grace, by faith that we are saved and not by works so that we will not boast about what we have done to earn God's good favor. We can do nothing to earn His grace or good favor. That is why we sing, "Amazing Grace, how sweet the sound that saved a wretch like me." We were in that wretched state when God saved us. Once we have been redeemed we will naturally want to please God in all that we do and serve Him with our lives. We will do the good works that He has planned for us before the beginning of time. We will look to Him in all things and trust Him in all things. Being a part of God's family is awesome. You will learn more about Jesus and salvation in future lessons.

Sean, I will be praying for you and your dedication to the Crossroads Bible Study…that God is close to you and that the Holy Spirit is helping you understand the Bible more and more every day. Enjoy the journey that you are on - a journey with God. Even in the midst of your trials and tribulations, He is with you, upholding you with His really, really, really...strong right hand. He will comfort you and give you inner peace. Rest in Him. He is always with you.

*Praise to our Lord and Savior, Jesus Christ.*

*May God bless you now and forever. Remember John 3:16*

**Your Brother In Christ**




# CONGRATUATIONS!

You have completed a Madison Discipleship School Bible study course. We are thrilled to present you with this certificate of completion. It would look nice mounted and it shows your commitment to studying the Word of God. We would encourage you to continue in your studies with the next course

Be sure to keep your lessons. You may want to put them in a notebook so you can review them. The truths will continue to help you in your spiritual growth to be more like Christ..

Don't forget, a Christian should:
- Read the Bible daily
- Praying for yourself and others
- Memorize Scripture
- Be part of a Bible believing church

Thank you for being a part of our School.

CM-40 (R3/2009)

# STUDENT ENROLLMENT FORM

**Crossroad** BIBLE INSTITUTE

Name: Sean _____  Inmate ID # _____
FIRST         LAST

☐ Prefiero este curso en español.

**Complete Mailing Address**

INSTITUTION/HOUSING: Buffalo Federal Detention Facility

STREET OR PO BOX: 4250 Federal drive

CITY: Batavia, New York   STATE _____   ZIP CODE: 14020

**Home Address**

STREET OR PO BOX _____

CITY _____   STATE _____   ZIP CODE _____

Date of Birth: July 8th 1978   Please Circle: Male or Female

Earliest Outdate: Don't know yet   Are you a Christian? Yes

State Previous Bible education (if any): I've read the Bible _____

How were you referred to Crossroad Bible Institute? RBC Ministries

## STUDENT COMMITMENT

By signing this agreement, I promise to faithfully complete each course that I start in a timely manner. I know that the *Great Truths of the Bible* course consists of 12 lessons, 12 themes, and 12 Straightway Roadmaps—all carefully selected to bring into focus 50 truths of the historic Christian faith. **I want to be held accountable to this commitment because I want to grow spiritually.**

Student's Signature: Sean McGee   Date: _____

## CROSSROAD BIBLE INSTITUTE COMMITMENT

We hereby promise to faithfully administer this course in a timely, complete manner. In addition, upon graduation we will send you a letter for your file indicating the effort that you have put forth in this course.

_____
Crossroad Bible Institute Staff

When this form is completed, please return it to Crossroad Bible Institute.
Your first Bible study lesson will be sent to you.



June 25, 2010

Sean D Mc Iver 17416055
Buffalo Federal Detention Ctr
4250 Federal Dr
Batavia, NY  14020-4199

Dear Sean:

Thank you for writing. Your interest in RBC Ministries is a source of encouragement.

We are sorry; we are unable to provide you with lessons that you previously received from a church. You might be interested in a Bible correspondence course to help you grow spiritually. Crossroad Bible Institute offers such a course in the study of biblical truths. An enrollment form is enclosed to review. If you are interested, complete the form and send it to Crossroad Bible Institute, PO Box 900, Grand Rapids MI 49509-0900. Remember, to send your form directly to Crossroad Bible Institute.

A pen pal may be able to be obtained by writing to Christian Pen Pals/Pen Pal Connection, PO Box 2112, Statesville, NC 28687.

Our warmest wishes are sent to you on your 32nd birthday. We rejoice with you in the days the Lord has given to you. It is our prayer that God will grant you His richest blessings.

Again, thank you for writing. We trust that our ministry will bring you spiritual benefit in the days ahead.

Sincerely in Christ,

Ministry Correspondence

Enc: ILCBI

October 4, 2010

Dear Sean,

Congratulations on completing Crossroads Lesson 4. You did very well, answering all of the questions correctly. You gave the lesson a lot of careful attention and thought. It is clear from your answers that you are understanding and appreciating the Bible passages the lesson is based on.

This is probably the key lesson in the series. It covers what the Bible says about our need for salvation and God's plan for saving us. One key truth is that since Adam sinned, man is sinful by nature and cannot save himself by his own efforts. Isaiah 64:6 says "All of us have become like one who is unclean, and all our righteous acts are like filthy rags." Even our righteous acts, our good deeds cannot save us. Our sinful natures must be redeemed by the blood of Jesus. This is a truth that is hard for many people to accept but it is the first step toward salvation. Many people want to rationalize their shortcomings and minimize them or find excuses. But anyone who is honest with themselves must accept that it is true.

Thankfully God loves us too much to leave us in this predicament. He sent his son Jesus to earth to become a man and to pay the penalty of death in our place. What a wonderful God and Savior!

You are catching up with the Roadmaps. That is good too, it goes into greater depth on many of the issues brought up by the lessons and it helps to build the discipline of daily devotions. It is better to do them week by week though, since that gives you more time to think about the verses and your responses.

May God bless you and keep up the good work.


Yours in Christ,

Your CBI Instructor

# A LETTER FROM YOUR CBI INSTRUCTOR!
## ¡UNA CARTA DE ÁNIMO DE SU INSTRUCTOR DE CBI!



Crossroad
BIBLE INSTITUTE

August 25, 2010

Dear Sean,

Congratulations on beginning this Bible study. Keep up the good work! You will be blessed as you continue to read and study God's Word. You did very well. Perhaps you could get an NIV (New International Version) of the Bible. The NIV is what CBI uses. You will find that the words in the "fill in the blank" part fit better. Maybe your chaplain has an NIV or Crossroad Bible Inst. will mail you one for $2.00 postage.

I will pray that you grow in your understanding of the Bible. On page 4 of the Roadmap you said "we will be "spiritually safe" if we put God first and make sacrifices." As you become more acquainted with God's Word, you will know that we are "spiritually safe" only when we trust in Jesus paying the punishment for our sin when He died on the cross. Don't be discouraged, Sean, Keep up the good work! I promise to pray for you — that your sentencing on Oct. 22 may be light, so you can go home; I will pray for your family and I will pray that you will grow in understanding God's Word, and loving Him and know how much He loves you!        In Christian love,
                                                        Your CBI
                                                        Instructor

# A LETTER FROM YOUR CBI INSTRUCTOR!
## ¡UNA CARTA DE ÁNIMO DE SU INSTRUCTOR DE CBI!



**Crossroad**
BIBLE INSTITUTE

Dear Sean,

Congratulations! You did a great job on Lesson #3! You're off to a fine start. And what a good thing to do with your time in prison. I don't know why you are in prison but I do know what God promises for you in Rom 8:28. For those who love God & are called by Him, He will work good for you in bad circumstances! And sometimes God has to grab us by the skin of our neck to get our attention so that we can listen & hear Him. And that's something we can praise Him for! So when you're studying the Bible, God is helping you make this time in your life a good time. I've never been in prison but my husband & I have had some big health issues in the last few years - life & death issues that I never wanted to know about or go through. But looking back, I wouldn't trade those experiences for anything. All the unimportant things in life fell away and I could hear God better. He keeps saying to me "Trust me because I'm trustworthy" and He has proved it over & over. Also "Take one day at a time - I'm in charge of tomorrow." So I'm still learning to find the blessings in today - sunrise, healthy today, a CBI student to encourage, work to do, smiles. What is God saying to you as other things in your life have fallen away? How many blessings can you count for today? My prayers for you include your family, safety, health & your upcoming court day. And most important of all "Open our eyes, Lord, that we may see Jesus."

Your friend & instructor at CBI

# A LETTER FROM YOUR CBI INSTRUCTOR!
## ¡UNA CARTA DE ÁNIMO DE SU INSTRUCTOR DE CBI!


**Crossroad**
BIBLE INSTITUTE

Dear Sean,                                              October 17, 2010

Thank you for your work on this lesson. It is good that you appreciate the Bible lessons. I am sure you will find, as I do, that the more you study and learn what the Bible teaches the more your faith will grow and the more you will want to know. One of my favorite verses is from Psalms:

"Teach us to number our days aright, that we may gain a heart of wisdom (Psalm 90:12)". No one of us knows the number of our days here on earth and it is wise that you are using your time to gain wisdom about our God, because one day each of us will be accountable to him for all we have done. (Romans 14:10, 2 Corinthians 5:10, Hebrews 4:13, Revelation 20:12-15.)

The Great Truths (#15, 16, 17) of this lesson focus on the fact that Jesus was both human and divine. This is a mystery — our human minds cannot fully understand this. By faith we accept the fact ("... faith is being sure of what we hope for and certain of what we do not see (Hebrews 11:1)." Jesus was truly human and he can understand our temptation because he was also tempted (Matthew 4:1-11). But Jesus was also divine; he can and will save us from our sins if we repent and believe in him. He truly loves us; he showed that by his death on the cross.

Blessings to you and yours as you are apart from one another — as well as all the others in your situation, and prayers for you that you may be delivered from temptation.

Sincerely,
Your Crossroad Instructor

P.S. There was no Roadmap with your lesson. Please send Roadmap #4 with your next lesson; your next instructor will be happy to go over it.

# A LETTER FROM YOUR CBI INSTRUCTOR!
## ¡UNA CARTA DE ÁNIMO DE SU INSTRUCTOR DE CBI!



Crossroad
BIBLE INSTITUTE

## So Far Away From Home

Who would have thought I'd be gone for so long

So distant from my loved ones so far away from home

This must have happend for a reason this situation that has occured

So I'll take advantage of this time and not ignore what I'm suppose to learn

some days are like a nightmare that I wish I could wake up from

Now I see hustling wasn't something cool to do it was really selfish and dumb

Some people say you never Know what you have until it's gone

Since that day my freedom was taken I feel that expression very strong

So far away from home every day I become more lost

But I know in order to find my way I must Continue to be strong

I pray every day and night hoping for the best

To get a second chance at life and threw you lord I've been blessed

I know you have a plan for me God and threw your will I'll surely grow

I love you lord with all my heart and soul and hope You'll send me home...

written by: Sean D. McIver

Dedicated to the Father

## Can You Hear My Heart Cry

I am like a lost child in a forest but God can leed me to safety

I must keep faith in jesus for he has raised me since a baby

My lord you have gave me life and the choice to be saved

For if I am ever lost you shall help me find my way

As an adult I thought I could do it with out you and ignored you when you spoke

But the more I distanced myself from you the more I hurt my soul

you said you'd give us every thing all we need is to do is ask

And all you want in return is love yet most of us can't even do that

Can You Hear My Heart Cry oh lord I open the door

You've been knocking long enough and should not have to wait any more

I repent for my sins and surrender my soul to you

putting my whole life in your hands and trust you'll know what to do

Can You Hear My Heart Cry oh merdiful God you are

You must be able to Hear it or I wouldn't have made it this far

I love you Lord......

Written by: Sean D. McIver

## To Whom it may Concern,
## for the fairness of Sean McIver

This is a letter of documentation to let it be know that one Sean D. McIver is a good person who lived in Niagara Falls N. Y. for 18 years of his life and has had several jobs that included paper routs, Burger King, Wheat Field gardens (factory), A&D commercial cleaning, (C.B.S) control building service, were he was a janitorial manager. He also worked at 3M's a sponge factory in Buffalo, N. Y. On Industry road, and also worked for a landscaping company called A&R affordable Repairs for the last 8 years straight and has been a good worker at all job locations.

Now this person is in jail on drug charges as of March 11th of 2009 and is also to be said known as a gang member. Since living in Niagara Falls I've known Mr. McIver and I've always Known him to be a nice person to be around always very happy and helpful to the public. He has always helped kids try to stay off the streets, find jobs and better their lives. Of course he wasn't perfect and probably made a few bad choices in life but haven't we all?

Sean McIver loved to write music about other peoples experiences and lives, and would also help other people who liked to do music get studio time so they could record music of there own as well. A lot of times it would be to keep them off the streets. Some of these same people were not always the nicest crowds to be around but Sean didn't discriminate he was always a helping person and tried to steer people away from their bad habits.

Sean liked to work with the challenge of individuals to teach them positives of life when there would be a debate on negativity issues. Sean has been locked up now for a year fighting his case and since locked up I don't believe that the streets of Niagara Falls has gotten any calmer but worst, so if I had anything to say about it I'd think while he were out, the streets were much safer in the areas he roamed.

Sean has turned 31 years old while being detained and this is his first charge that he has ever had, due to traffic stops and an incident were he spent three days total in jail for two separate charges before which he was found to be innocent on. One was in 2002 were he spent one night in jail and another was in 2007 were he spent two nights in jail. So prior to this situation he's in right now he's done a total of 3days and three nights ever in jail for non violent incidents.

Sean McIver has never committed a violent act that I know of or heard of and none show on his record. He has no criminal history and a lot of people love him as a person. In the winter time I would watch him go out to the streets and shovel peoples side walks and driveways for them for free, and also help people get out of snowed in situations in the streets on days were you couldn't even really see the road.

Also during summer and fall Mr. McIver would kindly help people rake up their leaves and do fun things with the kids around the area which also involved educational stuff. I guess you can say Sean is a good hearted person who cares more about others then his self and can be a candidate for some people to take his kindness for weakness.

Page 1 of 3

11.) _____ Date _____ Phone _____

12.)_____ Date _____ Phone _____

13.)_____ Date _____ Phone _____

14.)_____ Date _____ Phone _____

15.)_____ Date_____ Phone_____

16.)_____ Date _____ Phone _____

17.)_____ Date _____ Phone _____

18.)_____ Date _____ Phone _____

19.)_____ Date _____ Phone _____

20.) _____ Date _____ Phone _____

21.)_____ Date _____ Phone _____

22.)_____ Date _____ Phone_____

23.)_____ Date _____ Phone _____

24.) _____ Date _____ Phone _____

25.)_____ Date _____ Phone _____

26.)_____ Date _____ Phone _____

27.)_____ Date _____ Phone _____

28.)_____ Date _____ Phone _____

29.)_____ Date _____ Phone _____

30.)_____ Date _____ Phone _____

31.)_____ Date _____ Phone _____

32.)_____ Date _____ Phone_____

32.)_____ Date _____ Phone _____

33.) _____ Date _____ Phone _____

Sean new that selling drugs when he did was wrong and that it could risk his freedom and is very sorry he allowed himself to take this path when he did. Things were getting kind of rough during his last year prior to being jailed, and the landscaping job was not really doing we at the time an bills needed to be paid so he sold drugs thinking maybe he can pay a few bills and then be done with it, that was a big mistake probably the biggest mistake of his life!! he is very remorseful of this and knows that he was wrong. Not only was he wrong but realizes that he has hurt his self as well as his family and friends and perhaps any youths that has looked up to him as a positivity role model.

Sean has accepted his responsibility of having drugs and selling them for that short period of time and knows that , that wasn't the way to go. Also he's learned now through this experience that when things get rough don't result to becoming a seller of drugs but push harder to find work and have patience cause God will provide for those who try. Sean knows he will have to face some time detained and accepts this fact as he currently is.

McIver was rounded up with 28 other individuals on March 11th but only has one co defendant and every one on the case, charges, is separated from each others now but some how Mr. McIver wound up wit a C.C.E. (continuing criminal enterprise) charge which does not even fit with his original charge nor with his character as a person. Others on the case have made deal early with the prosecutor to get less time by pointing the finger at Mr. McIver in exchange for a lower sentence in there charge which is a tactic used by the federal government on numerous cases which I believe is unfair. The government also claim to have other witnesses who are known felons with criminal history trying to get a lesser charge by doing the same thing.

All Sean asks for is fair justice in his case and to be charged only for the drugs that he was found with and sold which can hold up to 18 to 24 months if convicted under the new crack law. The C.C.E charge can hold up to twenty years of imprisonment. Now understand that this is a man who has no priors, no criminal history, who helps the community while he's in it, has never been a threat to the community or a menace to society has no tattoos and made it too 31 years of age without any acts of violence, and people every where who love him. That should speak a lot about Mr. McIvers character.

In the last 12 months that Sean McIver has been detained he has achieved many things as far as two certificates for computer ex cell programs and is working on his third, he has gained several character letters from many respectful people through out the jail that states that Sean is very respectful and caring of others lives and has been thanked by the jail administrator and under sheriff of Allegheny County jail on numerous occassions for helping others. Sean has also studied hard for his G.E.D in the first four months detained and finally received it in the summer of "09".

Sean attended every single Bible studies session that comes five times a week and has helped others to come to Christ as well and this has also been noticed through out the jail. Sean has also successfully completed the full anger management program and received his certificate in November of "09". So with this being said and many more things that could be stated about the changes in Mr. McIvers last 12 months while detained. We the family and friends of Sean D. McIver, and also his self ask that there be fair justice in his case against him specially since he is a first time offender.

Page 2 of 3

34.) _____ Date _____ Phone _____

35.)_____ Date _____ Phone _____

36.)_____ Date _____ Phone _____

37.)_____ Date _____ Phone _____

38.)_____ Date_____ Phone_____

39.)_____ Date _____ Phone _____

40.)_____ Date _____ Phone _____

41.) _____ Date _____ Phone _____

42.) _____ Date _____ Phone _____

43.) _____ Date _____ Phone _____

44.) _____ Date _____ Phone _____

45.) _____ Date _____ Phone _____

46.) _____ Date _____ Phone _____

47.) _____ Date _____ Phone _____

48.)_____ Date_____ Phone_____

49.)_____ Date _____ Phone _____

50.) _____ Date _____ Phone _____

51.) _____ Date _____ Phone _____

52.) _____ Date _____ Phone _____

53.) _____ Date _____ Phone _____

54.) _____ Date _____ Phone _____

55.)_____ Date_____ Phone_____

56.)_____ Date_____ Phone _____

57.) _____ Date _____ Phone _____

58.) _____ Date _____ Phone _____

Page 3 of 3

    We have gained many signatures already from many people of respectful businesses and of the community to agree on this same solution that Sean should be tried on only the drug charges and not the fabrications of false testimony that try's to convict him of a C.C.E charge all by hearsay and no physical evidence. We also have a signed signature from his co- defendant who says that he knows that Sean McIver is not this person that the prosecutor is portraying him to be in the case, and also some of the people who Sean has helped to do music with in the community.

    We now ask that if any one signs this paper, which is a 3 page petition, that it is to help Mr. McIver get a fair sentence if any at all and to also keep away this so called charge of a C.C.E of him. We ask that you read every bit of this petition and understand it clearly before signing it please. Also know that it will be considered an official document and will be shown to the courts for Sean's benefit and evidence if possible. So now on your own free will we ask that you sign please.

    WE KNOW THAT SEAN D. McIVER IS A GOOD PERSON WITH A GOOD HEART AND IS NOT A GANG MEMBER TO OUR KNOWLEDGE AND WE AS THE PEOPLE OF THE COMMUNITY AGREE TO SIGN THIS PETITION HAVING READ ALL THREE PAGES ATTACHED. WE CLEARLY READ AND UNDERSTAND ALL THAT WAS PRESENTED IN THIS FORM AND SEES THAT MR. McIVER ACCEPTS HIS RESPONSIBILITIES OF THE WRONG CHOICE HE TOOK IN BEING A SELLER OF DRUGS, AND HAS BEEN TAKING STEPS SINCE DAY ONE OF BEING DETAINED TO CHANGE HIS LIFE AND THE LIVES OF OTHERS TO BECOME POSITIVE ALONG THE WAY. WE FEEL LIKE HE DESERVES THE OPPORTUNITY OF A FAIR SHOT AT A SECOND CHANCE IN THE COMMUNITY.

THANK YOU ALL WHO SIGNS THIS OR DOESN'T AND GOD BLESS........

1.) _Leonard Ladage_ Phone 585-593-1146 Date APRIL 21, 2010

2.) _Orna Ladage_ Date April 21, 2010 Phone 585-593-6954

3.) _Sally Dominici_ Date May 21st 2010 Phone 716-471-9662

4.) _Carla Romny_ Date May 21st 2010 Phone 716 804 5469

5.) _Tineka Cunchions_ Date May 20th 2010 Phone 716 990-7174

6.) _Mona Crowder_ Date May 21, 2010 Phone 716-990-4094

7.) _Patty Kruppa_ Date May 21, 2010 Phone 716-201-5469

8.) _Timothy Coral_ Date May 21 2010 Phone _____

9.) _Ray Algo_ Date May 22 2010 Phone _____

10.) _Lakrista Jackson_ Date May 22 2010 Phone 716-284-4768

Page 3 of 3

59.) _[signature]_ Date 5/22/10 Phone 716 285-8010

60.) _[signature]_ Date 5/22/10 Phone 716-282-0381

61.) _[signature]_ Date 5/23/10 Phone 716-490-4328

62.) _____ Date _____ Phone _____

63.) _____ Date _____ Phone _____

64.) _____ Date _____ Phone _____

65.) _____ Date _____ Phone _____

66.) _____ Date _____ Phone _____

67.) _____ Date _____ Phone _____

68.) _____ Date _____ Phone _____

69.) _____ Date _____ Phone _____

67.) _____ Date _____ Phone _____

68.) _____ Date _____ Phone _____

69.) _____ Date _____ Phone _____

70.) _____ Date _____ Phone _____

71.) _____ Date _____ Phone _____

72.) _____ Date _____ Phone _____

73.) _____ Date _____ Phone _____

74.) _____ Date _____ Phone _____

75.) _____ Date _____ Phone _____

76) _____ Date _____ Phone _____

77.) _____ Date _____ Phone _____

78.) _____ Date _____ Phone _____

79.) _____ Date _____ Phone _____

80.) _____ Date _____ Phone _____

## TO WHOM IT MAY CONCERN,

## FOR THE FAIRNESS OF SEAN McIVER

This is a letter of documentation to let it be known that one Sean McIver is a good person who lived in

Niagara falls N.Y. For 18years of his life and has had several jobs that included paper routs, burger

king,Wheat field gardens (factory),A&D commercial cleaning,(C.B.S) control building service. Were

He was a janitorial manager, he worked also at 3M's a sponge factory in buffalo, N.Y. On Industry

road, And also worked for a landscaping company called A&R Affordable Repairs for the last 8 years

straight and has been a good worker at all Job locations. Now This Person is in jail on drug charges as

of March 11th of 2009 And is also to be said Known as a gang member. Since living in Niagara Falls

I've known Mr. McIver And I've Always known him to be a nice person to be around always very

happy and helpful to the public. He has always helped kids try to stay in school and stay off the streets

find jobs and better their lives. Of course he wasn't perfect and probably made a few bad choices in life

but haven't we all? Sean McIver loved to write music about other peoples experience and lives and

would also helped other people who liked to do music get studio time so they could record music as

well. A lot of the times it would be to keep them off the streets. Some of these same people were not

always the nicest crowds to be around but Sean didn't discriminate he was always a helping person and

tried to steer people away from there bad ways. Sean has been locked up now for 7months fighting his

case he has just turned 31 years old on July 8th of 2009 and this is his first charge that he has ever had.

Well actually he has spent three days total in jail for two separate charges before which he was found to

be innocent on. One was in 2002 Were he spent one night in jail and another was in 2007 were he spent

two nights in jail. So prior to this situation he's in right now he's done a total of 3days for non violent

incidents. Sean McIver has never Committed a violent act that I know of or herd of and none show on

his record. He has no Criminal history and a lot of people love him as a person. In the winter time I

would watch him go out to the streets and  shovel peoples side walks and drive ways for them for free

and also help people get out of snowed in situations in the street. Also during summer and fall Mr.

McIver would kindly Help people rake up their leaves and do fun things with the kids around the area

which also involved educational stuff. I guess you can say Sean is a good hearted person who cares

more about others then his self. Sean knows that selling drugs were wrong and that you can go to jail

for this and he is very sorry he took that road in the last eight months that he did times was kind of

rough during his last year and the landscaping job was not really doing well at that time but bills

needed to be paid so he sold drugs thinking maybe he can pay bills that way which was a big mistake

probably the biggest mistake of his life!! he is very remorseful of this and knows that

he was wrong. Not only was he wrong but he realizes that he has hurt his self as well as his family and

Page 1 of 3

# Signatures

1.) *Sally Cornelious*     Date 10/15/09     Phone _____

2.) _____     Date _____     Phone _____

3.) _____     Date _____     Phone _____

4.) _____     Date _____     Phone _____

5.) _____     Date _____     Phone _____

6..) _____     Date _____     Phone _____

7.) _____     Date _____     Phone _____

8.) _____     Date _____     Phone _____

9.) _____     Date _____     Phone _____

10.) _____     Date _____     Phone _____

11.) _____     Date _____     Phone _____

12.) _____     Date _____     Phone _____

13.) _____     Date _____     Phone _____

14.) _____     Date _____     Phone _____

15.) _____     Date _____     Phone _____

16.) _____     Date _____     Phone _____

17.) _____     Date _____     Phone _____

18.) _____     Date _____     Phone _____

19.) _____     Date _____     Phone _____

20.) _____     Date _____     Phone _____

21.) _____     Date _____     Phone _____

friends and perhaps the youth that has looked up to him. Sean has accepted his responsibility of having drugs and selling them for that short period of time and knows not that was not the way to go. Also he's learned now through this experience that when things get rough don't result to selling drugs push harder to find work and have patience cause God will provide for those who try. Sean knows he will have to face some time detained and accepts this fact but while detained the the district attorney is now trying too say that Sean McIver is A Known gang member of the Bloods Street Gang because during Mr McIvers arrest the police rounded him up along with 28 more people who also sold drugs and hung around alleged Gang members. During the beginning of the case Mr. McIver was separated from everyone else on the round up except one person which is considered to be his co defendant who is known to be a gang member of the Bloods street gang. This person also has been believed to sign a statement against Mr McIver in exchange for a lower sentence in his charge which is a tactic used by the federal government on numerous cases which I believe to be unfair. They also claim to have other witnesses who are known felons with criminal history trying to get a lesser charge by doing the same. All Sean asks for is a fair justice in his case and to be charged only for the drugs that he was found with and sold which can hold up to ten years if fully sentenced. Now understand this is a man who has no priors has no criminal record who helps the community while he's in it has never been a threat to the community or a menace to society  has no tattoos and has made it too 31 years of age with out any violent acts and people every where loves him. That should speak a lot about Mr. McIvers character. In the seven months that Sean McIver has been detained he has achieved many things as far as two certificates for computer ex cell programs and is working on his third, he has gained several character letters from many respectable people throughout the jail as well as the jail administrator stated that Sean is a very respectful and liking person. Sean has also studied for his G.E.D and should receive it by the middle of November of 2009. Sean also attends every Bible studies session that comes 5 times a week and has helped other come to Christ as well and this has also been noticed through out the jail. So with this being said and many more things that could be stated about the change in Sean McIvers last 7 months we the family and friends of  Sean and also his self ask that there be fair justice in his case against him specially since he is a first time offender. We also have got signatures from many people of respectable businesses and of the community to agree on this same solution. We also have signed signatures from his co- defendant who says that he knows that Sean McIver is not this person that they are portraying him to be in the case and also some of the people who Sean has helped to do music with in the community.

Page 2 of 3

# Signatures

22.) _David Samuel_          Date 8-1-10       Phone 716 471-9771

23.) _Margru Jackson_        Date 8-1-10       Phone (716) 284-4768

24.) _Sherna Dohn Jr_        Date 8-1-10       Phone (716) 289-9481

25.) _Jacinta Jackson_       Date 8-1-10       Phone 716-400-1843

26.) _Lindth Kent_           Date 8-1-10       Phone 716 285-8900

27.) _Charmaine Curry_       Date 8-1-10       Phone 404)421-2136

28.) _Shingshia Jackson_     Date 8-1-10       Phone (716)464-4486

29.) _Andrea Burgos_         Date 8-1-10       Phone 716 579-3946

30.) _Virginia Davis_        Date 8-1-10       Phone 716-828-6874

31.) _Tejuana Corley_        Date 8-1-10       Phone 716 573-0994

32.) _Michael Jackson_       Date 8-1-10       Phone 716-536-7577

33.) _Aashionna Thompson_    Date 8-1-10       Phone 716-828-6879

34.) _Kathleen Wynn/Samuel_  Date 8-1-10       Phone 716-201-2085

35.) _____ Date _____  Phone _____

36.) _____ Date _____  Phone _____

37.) _____ Date _____  Phone _____

38.) _____ Date _____  Phone _____

39.) _____ Date _____  Phone _____

40.) _____ Date _____  Phone _____

41.) _____ Date _____  Phone _____

42.) _____ Date _____  Phone _____

We now ask that if any one signs this paper that it is to help Sean McIver Get a fair sentence if any at all and that they read every bit of this letter and understand it clearly be fore signing it, and also know that it will be considered an official document and will be shown to the Courts for Sean's benefit and evidence if possible. So on your own free will we ask that you sign please..

WE KNOW SEAN McIVER IS A GOOD PERSON WITH A GOOD HEART AND IS NOT A GANG MEMBER AND AGREE TO SIGN THIS HAVING READ ALL THREE PAPERS ATTACHED. WE CLEARLY READ AND UNDERSTAND ALL THAT WAS PRESENTED IN THIS FORM AND SEES THAT HE ACCEPTS WHAT PUNISHMENT COMES FROM HIS CHOICES OF SELLING DRUGS BUT STILL FILLS LIKE HE DESERVES A FAIR SHOT AT A SECOND CHANCE IN THE COMMUNITY.

THANK YOU ALL WHO SIGNS THIS OR DOESN'T AND GOD BLESS....

I _Jamar Shy_____ KNOW SEAN McIVER TO NOT BE A GANG MEMBER.
Date _0/13_ and Phone _716 579-0089_ .

I _Onika Cornelios_ KNOW SEAN McIVER TO NOT BE A GANG MEMBER.
Date _8-1-10_ and Phone _716-990-6093_ .

I _Sally Cornelion_ KNOW SEAN McIVER TO NOT BE A GANG MEMBER.
Date _8-1-10_ and Phone _716-990-3827_

I _____ KNOW SEAN McIVER NOT TO BE A GANG MEMBER.
Date _____ and Phone _____ .

I _____ KNOW SEAN McIVER NOT TO BE A GANG MEMBER.
Date _____ and Phone _____ .

I _____ KNOW SEAN McIVER NOT TO BE A GANG MEMBER.
Date _____ and Phone _____ .

The six spaces above are provided for these specific people to sign. Everyone else who wants to sign this, to help in this fairness. Can do so also on the back of this three page form. Thank you for your love and support. We hope to see our love one home soon...........

Page 3 of 3

# Signatures

43.) _____ Date _____ Phone _____

44.) _____ Date _____ Phone _____

45.) _____ Date _____ Phone _____

46.) _____ Date _____ Phone _____

47.) _____ Date _____ Phone _____

48.) _____ Date _____ Phone _____

49.) _____ Date _____ Phone _____

50.) _____ Date _____ Phone _____

51.) _____ Date _____ Phone _____

52.) _____ Date _____ Phone _____

53.) _____ Date _____ Phone _____

54.) _____ Date _____ Phone _____

55.) _____ Date _____ Phone _____

56.) _____ Date _____ Phone _____

57.) _____ Date _____ Phone _____

58.) _____ Date _____ Phone _____

59.) _____ Date _____ Phone _____

60.) _____ Date _____ Phone _____

61.) _____ Date _____ Phone _____

62.) _____ Date _____ Phone _____

63.) _____ Date _____ Phone _____

**To Whom it may Concern,**
**for the fairness of Sean McIver**

This is a letter of documentation to let it be know that one Sean D. McIver is a good person who lived in Niagara Falls N. Y. for 18 years of his life and has had several jobs that included paper routs, Burger King, Wheat Field gardens (factory), A&D commercial cleaning, (C.B.S) control building service, were he was a janitorial manager. He also worked at 3M's a sponge factory in Buffalo, N. Y. On Industry road, and also worked for a landscaping company called A&R affordable Repairs for the last 8 years straight and has been a good worker at all job locations.

Now this person is in jail on drug charges as of March 11th of 2009 and is also to be said known as a gang member. Since living in Niagara Falls I've known Mr. McIver and I've always Known him to be a nice person to be around always very happy and helpful to the public. He has always helped kids try to stay off the streets, find jobs and better their lives. Of course he wasn't perfect and probably made a few bad choices in life but haven't we all?

Sean McIver loved to write music about other peoples experiences and lives, and would also help other people who liked to do music get studio time so they could record music of there own as well. A lot of times it would be to keep them off the streets. Some of these same people were not always the nicest crowds to be around but Sean didn't discriminate he was always a helping person and tried to steer people away from their bad habits.

Sean liked to work with the challenge of individuals to teach them positives of life when there would be a debate on negativity issues. Sean has been locked up now for a year fighting his case and since locked up I don't believe that the streets of Niagara Falls has gotten any calmer but worst, so if I had anything to say about it I'd think while he were out, the streets were much safer in the areas he roamed.

Sean has turned 31 years old while being detained and this is his first charge that he has ever had, due to traffic stops and an incident were he spent three days total in jail for two separate charges before which he was found to be innocent on. One was in 2002 were he spent one night in jail and another was in 2007 were he spent two nights in jail. So prior to this situation he's in right now he's done a total of 3days and three nights ever in jail for non violent incidents.

Sean McIver has never committed a violent act that I know of or heard of and none show on his record. He has no criminal history and a lot of people love him as a person. In the winter time I would watch him go out to the streets and shovel peoples side walks and driveways for them for free, and also help people get out of snowed in situations in the streets on days were you couldn't even really see the road.

Also during summer and fall Mr. McIver would kindly help people rake up their leaves and do fun things with the kids around the area which also involved educational stuff. I guess you can say Sean is a good hearted person who cares more about others then his self and can be a candidate for some people to take his kindness for weakness.

Page 1 of 3

11.) _____ Date _____ Phone _____

12.)_____ Date _____ Phone _____

13.)_____ Date _____ Phone _____

14.)_____ Date _____ Phone _____

15.)_____ Date_____ Phone_____

16.)_____ Date _____ Phone _____

17.)_____ Date _____ Phone _____

18.)_____ Date _____ Phone _____

19.)_____ Date _____ Phone _____

20.) _____ Date _____ Phone _____

21.)_____ Date _____ Phone _____

22.)_____ Date _____ Phone_____

23.)_____ Date _____ Phone _____

24.) _____ Date _____ Phone _____

25.)_____ Date _____ Phone _____

26.)_____ Date _____ Phone _____

27.)_____ Date _____ Phone _____

28.)_____ Date _____ Phone _____

29.)_____ Date _____ Phone _____

30.)_____ Date _____ Phone _____

31.)_____ Date _____ Phone _____

32.)_____ Date_____ Phone_____

32.)_____ Date _____ Phone _____

33.) _____ Date _____ Phone _____

Sean new that selling drugs when he did was wrong and that it could risk his freedom and is very sorry he allowed himself to take this path when he did. Things were getting kind of rough during his last year prior to being jailed, and the landscaping job was not really doing we at the time an bills needed to be paid so he sold drugs thinking maybe he can pay a few bills and then be done with it, that was a big mistake probably the biggest mistake of his life!! he is very remorseful of this and knows that he was wrong. Not only was he wrong but realizes that he has hurt his self as well as his family and  friends and perhaps any youths that has looked up to him as a positivity role model.

Sean has accepted his responsibility of having drugs and selling them for that short period of time and knows that , that wasn't the way to go. Also he's learned now through this experience that when things get rough don't result to becoming a seller of drugs  but push harder to find work and have patience cause God will provide for those who try. Sean knows he will have to face some time detained and accepts this fact as he currently is.

McIver was rounded up with 28 other individuals on March 11th but only has one co defendant and every one on the case, charges, is separated from each others now but some how Mr. McIver wound up wit a C.C.E. (continuing criminal enterprise) charge which does not even fit with his original charge nor with his character as a person. Others on the case have made deal early with the prosecutor to get less time by pointing the finger at Mr. McIver in exchange for a lower sentence in there charge which is a tactic used by the federal government on numerous cases which I believe is unfair. The government also claim to have other witnesses who are known felons with criminal history trying to get a lesser charge by doing the same thing.

All Sean asks for is fair justice in his case and to be charged only for the drugs that he was found with and sold which can hold up to 18 to 24 months if convicted under the new crack law. The C.C.E charge can hold up to twenty years of imprisonment. Now understand that this is a man who has no priors, no criminal history, who helps the community while he's in it, has never been a threat to the community or a menace to society has no tattoos and made it too 31 years of age without any acts of violence, and people every where who love him. That should speak a lot about Mr. McIvers character.

In the last 12 months that Sean McIver has been detained he has achieved many things as far as two certificates for computer ex cell programs and is working on his third, he has gained several character letters from many respectful people through out the jail that states that Sean is very respectful and caring of others lives and has been thanked by the jail administrator and under sheriff of Allegheny County jail on numerous occassions for helping others. Sean has also studied hard for his G.E.D in the first four months detained and finally received it in the summer of "09".

Sean attended every single Bible studies session that comes five times a week and has helped others to come to Christ as well and this has also been noticed through out the jail. Sean has also successfully completed the full anger management program and received his certificate in November of "09". So with this being said and, many more things that could be stated about the changes in Mr. McIvers last 12 months while detained. We the family and friends of Sean D. McIver, and also his self ask that there be fair justice in his case against him specially since he is a first time offender.

Page 2 of 3

34.) _____ Date _____ Phone _____

35.)_____ Date _____ Phone _____

36.)_____ Date _____ Phone _____

37.)_____ Date _____ Phone _____

38.)_____ Date_____ Phone_____

39.)_____ Date _____ Phone _____

40.)_____ Date _____ Phone _____

41.) _____ Date _____ Phone _____

42.) _____ Date _____ Phone _____

43.) _____ Date _____ Phone _____

44.) _____ Date _____ Phone _____

45.) _____ Date _____ Phone _____

46.) _____ Date _____ Phone _____

47.) _____ Date _____ Phone _____

48.)_____ Date_____ Phone_____

49.)_____ Date _____ Phone _____

50.) _____ Date _____ Phone _____

51.) _____ Date _____ Phone _____

52.) _____ Date _____ Phone _____

53.) _____ Date _____ Phone _____

54.) _____ Date _____ Phone _____

55.)_____ Date_____ Phone _____

56.)_____ Date _____ Phone _____

57.) _____ Date _____ Phone _____

58.) _____ Date _____ Phone _____

Page 3 of 3

We have gained many signatures already from many people of respectful businesses and of the community to agree on this same solution that Sean should be tried on only the drug charges and not the fabrications of false testimony that try's to convict him of a C.C.E charge all by hearsay and no physical evidence. We also have a signed signature from his co-defendant who says that he knows that Sean McIver is not this person that the prosecutor is portraying him to be in the case, and also some of the people who Sean has helped to do music with in the community.

We now ask that if any one signs this paper, which is a 3 page petition, that it is to help Mr. McIver get a fair sentence if any at all and to also keep away this so called charge of a C.C.E of him. We ask that you read every bit of this petition and understand it clearly before signing it please. Also know that it will be considered an official document and will be shown to the courts for Sean's benefit and evidence if possible. So now on your own free will we ask that you sign please.

WE KNOW THAT SEAN D. McIVER IS A GOOD PERSON WITH A GOOD HEART AND IS NOT A GANG MEMBER TO OUR KNOWLEDGE AND WE AS THE PEOPLE OF THE COMMUNITY AGREE TO SIGN THIS PETITION HAVING READ ALL THREE PAGES ATTACHED. WE CLEARLY READ AND UNDERSTAND ALL THAT WAS PRESENTED IN THIS FORM AND SEES THAT MR. McIVER ACCEPTS HIS RESPONSIBILITIES OF THE WRONG CHOICE HE TOOK IN BEING A SELLER OF DRUGS, AND HAS BEEN TAKING STEPS SINCE DAY ONE OF BEING DETAINED TO CHANGE HIS LIFE AND THE LIVES OF OTHERS TO BECOME POSITIVE ALONG THE WAY. WE FILL LIKE HE DESERVES THE OPPORTUNITY OF A FAIR SHOT AT A SECOND CHANCE IN THE COMMUNITY.

THANK YOU ALL WHO SIGNS THIS OR DOESN'T AND GOD BLESS........

1.) _Tracy Pruitt_ Date _6/11/10_ Phone _716 282-2229_

2.) _Rashaan Pruitt_ Date _6/11/10_ Phone _716 990-5299_

3.) _Byalisa Pruitt_ Date _6/11/10_ Phone _716 990-5061_

4.) _Clemmie Smith_ Date _6/11/10_ Phone _716 282-2229_

5.) _Cafaul Rafferty_ Date _6/15/10_ Phone _716 438-8502_

6.) _Tatayana peterson_ Date _6-15-10_ Phone _716 205-7071_

7.) _Eltar Carr Jr._ Date _6-15-2010_ Phone _716 205-7691_

8.) _Jackie Chochran_ Date _6-15-2010_ Phone _716 201-6569_

9.) _Makisha Clochran_ Date _6-15-2016_ Phone _716 205-8083_

10.) _Demina Sturdivant_ Date _6-15-10_ Phone _716 804-1250_

Page 3 of 3

59.) Raymond Perry       Date June 15 2010   Phone (716) 804-1955
60.) Martiz Porter       Date 6/15/10        Phone 716 579-7123
61.) Demelued Hamilton   Date 6/15/10        Phone 716 990 0337
62.) Savon piatter       Date 6/15/2010      Phone (716) 990-1129
63.) Tiara Jenkins       Date 6/15/2010      Phone (716) 990-9568
64.) Sandra Farm         Date 6/15/2010      Phone 716 990-1192
65.) OPiF Jackson        Date 6/15/10        Phone 716 990 2111
66.) _____ Date _____ Phone _____
67.) _____ Date _____ Phone _____
68.) _____ Date _____ Phone _____
69.) _____ Date _____ Phone _____
67.) _____ Date _____ Phone _____
68.) _____ Date _____ Phone _____
69.) _____ Date _____ Phone _____
70.) _____ Date _____ Phone _____
71.) _____ Date _____ Phone _____
72.) _____ Date _____ Phone _____
73.) _____ Date _____ Phone _____
74.) _____ Date _____ Phone _____
75.) _____ Date _____ Phone _____
76) _____ Date _____ Phone _____
77.) _____ Date _____ Phone _____
78.) _____ Date _____ Phone _____
79.) _____ Date _____ Phone _____
80.) _____ Date _____ Phone _____

Page 3 of 3

We have gained many signatures already from many people of respectful businesses and of the community to agree on this same solution that Sean should be tried on only the drug charges and not the fabrications of false testimony that try's to convict him of a C.C.E charge all by hearsay and no physical evidence. We also have a signed signature from his co- defendant who says that he knows that Sean McIver is not this person that the prosecutor is portraying him to be in the case, and also some of the people who Sean has helped to do music with in the community.

We now ask that if any one signs this paper, which is a 3 page petition, that it is to help Mr. McIver get a fair sentence if any at all and to also keep away this so called charge of a C.C.E of him. We ask that you read every bit of this petition and understand it clearly before signing it please. Also know that it will be considered an official document and will be shown to the courts for Sean's benefit and evidence if possible. So now on your own free will we ask that you sign please.

WE KNOW THAT SEAN D. McIVER IS A GOOD PERSON WITH A GOOD HEART AND IS NOT A GANG MEMBER TO OUR KNOWLEDGE AND WE AS THE PEOPLE OF THE COMMUNITY AGREE TO SIGN THIS PETITION HAVING READ ALL THREE PAGES ATTACHED. WE CLEARLY READ AND UNDERSTAND ALL THAT WAS PRESENTED IN THIS FORM AND SEES THAT MR. McIVER ACCEPTS HIS RESPONSIBILITIES OF THE WRONG CHOICE HE TOOK IN BEING A SELLER OF DRUGS, AND HAS BEEN TAKING STEPS SINCE DAY ONE OF BEING DETAINED TO CHANGE HIS LIFE AND THE LIVES OF OTHERS TO BECOME POSITIVE ALONG THE WAY. WE FILL LIKE HE DESERVES THE OPPORTUNITY OF A FAIR SHOT AT A SECOND CHANCE IN THE COMMUNITY.

THANK YOU ALL WHO SIGNS THIS OR DOESN'T AND GOD BLESS........

1.) _____ Date 5/8/10     Phone 716) 578-5555
2.) _____ Date 5-8-10     Phone 716) 897-7962
3.) _____ Date 5/8/10     Phone 716) 873 4743
4.) _____ Date 5/8/10     Phone 716 947 5670
5.) Tannah Sabur     Date 5/13/10    Phone 716 828-5994
6.) _____ Date _____    Phone _____
7.) _____ Date _____    Phone _____
8.) _____ Date _____    Phone _____
9.) _____ Date _____    Phone _____
10.) _____ Date _____    Phone _____

Page 3 of 3

59.) _____ Date _____ Phone _____

60.) _____ Date _____ Phone _____

61.)_____Date _____ Phone _____

62.) _____ Date _____ Phone _____

63.) _____ Date _____ Phone _____

64.) _____ Date _____ Phone _____

65.)_____Date _____ Phone _____

66.)_____ Date _____ Phone _____

67.) _____ Date _____ Phone _____

68.) _____ Date _____ Phone _____

69.) _____ Date _____ Phone _____

67.) _____ Date _____ Phone _____

68.) _____ Date _____ Phone _____

69.)_____ Date _____ Phone_____

70.)_____ Date _____ Phone _____

71.) _____ Date _____ Phone _____

72.) _____ Date _____ Phone _____

73.) _____ Date _____ Phone _____

74.) _____ Date _____ Phone _____

75.) _____ Date _____ Phone _____

76) _____ Date _____ Phone _____

77.) _____ Date _____ Phone _____

78.) _____ Date _____ Phone _____

79.)_____Date _____ Phone_____

80.) _____ Date _____ Phone_____

To: Honorable Judge William Skretny

     As I began to write each letter to you your Honor I got nervous because I didn't want to not say the right things and my son go's away for longer than he deserves so all I can do is be honest. Sean is a very good person with a good heart and very special to my life as well as my other children's also. I raised him and his two sisters and two brothers, they went through a lot and had very little but I believe me and my husband did a great job raising them providing them with what we could when we could. Know doubt we weren't a perfect family but we were a family, one who leaned on each other for support and comfort.

     Sean has probably had it the roughest of them specially after witnessing his older brother death to a tragic accident at humbolt park where he was struck by an drunken off duty officer. To this day I don't know if he's even ever gotten over this moment. Sean has helped raise his brothers and sisters and looked after them like a big brother should. Know one had to tell him these things he just automatically took on the responsibility on his on trying to make life some what easier for all of our lives.

     Sean is my oldest son now and I love him dearly, this past 19 months without him has been devastating to us all even more once my husband of 30 years passed away, this crushed me emotionally. Although Sean and step father has their differences they loved each other more than words could express. I can't imagine having to spend any more time without him not being here, when he left a piece of my life left also. I know that Sean has committed a crime and every crime has a consequence I don't believe he's done all the things the prosecutor has spoke of because my son wanted to go to trial and prove his innocence of this so called leadership gang role but he began to get tired and hopeless thinking his lawyer wouldn't fight for him fairly.

Sean has told me that he's accepted his responsibilities for what he has done and is going to allow God to make the judgement from here on out deciding his punishment that he may deserve. In the beginning I couldn't understand it but the more I talked to my son I understood how much he's really grown and I am proud of how strong my son has become and I too put my trust in God and knows he will be in your heart on October 22nd as well as every one else's heart.

I believe that Sean has done enough time honestly but that's not my decision to make it is Gods ultimately so I shall pray for the best. I know that what happens that day is what is suppose to happen, as Sean puts it "Gods will" I do know that we couldn't have asked for a more fairer Judge in this situation. I love my son and would like for him to be home just as every mother would want for their child. Know matter what happens I hope my son will be able to stay close to home if he does have to do more time because we don't have transportation and really never see's him.

I've only seen my baby only three times at the Batavia Facility and once at the Allegany County Jail that's a total of 4 times in 19 months and I'm use to seeing him every day prior to this. Your Honor I could sit here and write a book about why my son should be home but at the end of the day its all up to your judgement and Gods will. I thank you for time reading this and judging wisely on my sons life.

God bless you

Sally D. Cornelious

Honorable Judge Wm Skretny

Hello I am dying inside
here because I don't understand
what is going on with my
son Sean McClure his lawyer
hasn't talk or seen him
and I am very concerned
I thought he was being
sentenced on the 22nd and
that was final now it
looks like they just holding
on to him for what
please if you can have
his lawyer talk to Sean so
he can at least know whats
happening I know he is
feeling Very Down right now
and I haven't heard from
him and is very worried
and concerned. Can he
come home til Jan. and
why is his court day
So far away.
                    Mrs Cornelious
716-236-7367  716 201-7951