IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                                          09-CR-108-S

SEAN McIVER,

     Defendant.

---

## MOTION TO ADJOURN SENTENCING DATE

**PLEASE TAKE NOTICE**, that the United States of America, by William J. Hochul, Jr., United States Attorney for the Western District of New York, Robert C. Moscati, Assistant United States Attorney, of counsel, hereby moves this Court for an adjournment of the above-referenced defendant's sentencing currently scheduled for January 28, 2011, at 9:00 a.m., for the reasons set forth in the affidavit, filed separately under seal.

    DATED:  Buffalo, New York, January 14, 2011.

                                      Respectfully submitted,

                                      WILLIAM J. HOCHUL, JR.
                                      United States Attorney
                                      *S/ROBERT C. MOSCATI*
            BY:   _____
                                      ROBERT C. MOSCATI
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York  14202
                                      716/843-5869
                                      Robert.C.Moscati@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.                                        09-CR-108-S

SEAN McIVER,

       Defendant.
_____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 14, 2011, I electronically filed the foregoing **MOTION TO ADJOURN SENTENCING DATE** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Michael L. D'Amico, Esq.

    United States Probation Office

                                                    *S/SHARON T. BECK*
                                                    _____
                                                    SHARON T. BECK