**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

### UNITED STATES OF AMERICA,

### v.

<u>**09-CR-108S**</u>

### SEAN McIVER,

### Defendant.

---

### SENTENCING LETTERS

Kathleen Jackson
188 Lovering Avenue
Buffalo, New York 14216

His Honorable Judge William M. Skretny
United States Courthouse
68 Court Street
Buffalo, New York 14202

Hello Your Honor,

I am writing you because my nephew Sean McIver will come before you on May 3rd. 2011 for sentencing and I am praying that he can receive leniency. I do know that Sean's punishment must fit the crime but Sean had to plead guilty to the one crime of which he is not guilty. I understand from research that being a gang leader carries a sentence as harsh and sometimes harsher than some murder charges. Sean has never been known to be violent.

Your Honor, all I ask is that Sean is given a second chance. I've been told that being labeled a gang leader will add even more danger for Sean during his incarceration. When Sean stood in court and took that plea bargain, I felt and saw the pain in his eyes. He did not want to say he was a gang leader. It was the one thing he'd always said was not true. He was just so tired of going back and forth to court. he just gave up .He was aware of how his mom sometimes had to borrow money to get to court. He just wanted to get to sentencing so he could start looking towards coming home. Sean McIver was not a gang leader. I wish he hadn't pleaded guilty to that. He was told that he didn't have a chance if he fought it, even though he was innocent of the gang charge. That, of course, doesn't matter now. Now what matters is that he comes home as soon as he possibly can.

Judge Skretny, thank you for your patience in reading this letter and for your fairness.

Sincerely,

Kathleen Jackson



To Judge William Skretney,

Please be advised that while incarcerated at Northeast Ohio Correctional Center Inmate McIver, Sean Devon #17416055 has maintained clear conduct and received work evaluations that exceed satisfactory while working in the kitchen. Inmate McIver has also conducted himself very respectfully towards staff and inmates. I believe that Inmate McIver has shown staff at NEOCC that he has the ability to successfully integrate back into society.

Counselor Lubonovich

Ext. 330-884-7341

March 9th 2011



**CORRECTIONS CORPORATION OF AMERICA**
Northeast Ohio Correctional Center

## MEMORANDUM

To:      Whom It May Concern

From:    Unit Manager Delgado

Date:    March 11, 2011

Subject: Work Evaluation McIver, Sean #17416055

To Whom It May Concern, this memo is to advise that inmate McIver, Sean #17416055has been working as a Food Service Worker during his incarceration at Northeast Ohio Correctional Center and has maintained good work evaluations with exceeds expectations on work evaluations. Inmate McIver has also maintained clear conduct during his incarceration and has not been a management issue.   Inmate McIver has effectively programmed during this period of incarceration by working and participating in the Health and Fitness Unit.

# A LETTER FROM YOUR CBI INSTRUCTOR!
## ¡UNA CARTA DE ÁNIMO DE SU INSTRUCTOR DE CBI!



Crossroad
BIBLE INSTITUTE

Dear Sean,

It has been my pleasure to correct your Crossroad lesson 11 and Roadmap 11. You did a good job. Your comments in the essay questions and roadmaps were very good and to the point. Keep up the good work!

Each of us must struggle with sin and problems in our lives. A cousin of mine, who was an elder in the church, once said that it seems every family has their own problems or trials; whether physical illness, or mental trials, or problems with work, or other difficulties. We must remember that God uses trials and problems in our lives to help us become the kind of people he wants us to be. No matter what the situation or circumstances, God assures His presence in our lives, just like Romans 8:28 states; "and we know that in all things God works for the good of those who love Him."

In Psalm 86:15 we read "but you, O Lord art a compassionate and gracious God, slow to anger and abounding in love and faithfulness." God wants us to take our problems and trials to Him. Ephesians 4:2 tells us "Be completely humble and gentle; be patient, bearing with one another in love." A resent sermon I heard was entitled "Opposition to the Proud, Grace for the Humble" based on Luke 18: 9-14, especially verse 14. "For everyone who exalts himself, will be humbled, and he who humbles himself will be exalted." No one has bragging rights, but Christ Himself, for He took on our sins. Look to the cross of Christ and we will be exalted for what Christ has done. The minister went on to say that we should take stock not so much on our performance, but on our attitude –"humble yourself" – we need your (God's) mercy and "God will lift us up."

One of my favorite hymns is- "I Will Sing of My Redeemer"

I will sing of my Redeemer
And His wondrous love to me.
On the cruel cross He suffered,
From the curse to set me free.
Chorus;
Sing oh sing of my redeemer!
With His blood He purchased me;
On the cross He sealed my pardon,
Paid the debt and made me free.

I will tell the wondrous story,
How my lost estate to save,
In His boundless love and mercy,
He the ransom freely gave.

I will praise my dear Redeemer,
His triumphant power I'll tell,
How the victory He giveth
Over sin and death and hell.

I will sing of my Redeemer
And His heavenly love to me.
He from death to life has brought me,
Son of God, with Him to be.

A favorite poem of mine is – "To A Waterfowl" by William Cullen Bryant.

Whither, midst falling dew,
While glow the heavens with the last steps of day,
Far through their rosy depths dost thou pursue
Thy solitary way?

Vainly the fowler's eye
Might mark thy distant flight, to do thee wrong,
As, darkly painted on the crimson sky,
Thy figure floats along.

Seek'st thou the plashy brink
Of weedy lake, or marge of river wide,
Or where the rocking billows rise and sink
On the chafed ocean-side?

There is a Power whose care
Teaches thy way along that pathless coast-
The desert and illimitable air-
Lone wandering but not lost.

All day thy wings have fanned,
At that far height, the cold, thin atmosphere;
Yet stoop not, weary, to the welcome land,
Though the dark night is near.

And soon that toil shall end;
Soon shalt thou find a summer home, and rest,
And scream among thy fellows; reeds shall bend
Soon o'er thy sheltered nest.

Thou'rt gone; the abyss of Heaven
Hath swallowed up thy form; yet on my heart
Deeply hath sunk the lesson thou hast given,
And shall not soon depart.

He, who from zone to zone
Guides through the boundless sky thy certain flight,
In the long way that I must tread alone,
Will lead my steps aright.

We will be praying for you, Sean, that God will continue His work in you.  I pray also that God's "care will teach your way" along the journey of your life and that He will "lead your steps aright."  Isaiah 40:30-31 states; "Even youths grow tired and weary, and young men stumble and fall; but those who hope in the Lord will renew their strength. They will soar on wings like eagles; they will run and not be weary, they will walk and not be faint."

Sincerely,
Your Crossroad Bible Instructor

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

# Sean McIver

HAS SUCCESSFULLY COMPLETED

## GREAT TRUTHS OF THE BIBLE

Crossroad
BIBLE INSTITUTE



Dr. David Schuringa
President, Crossroad Bible Institute

March 2, 2011

Date

EXCELLENCE

QUESTIONS
COURSE III
Lesson 14

100%

1. The Christian life is a life of _war fare_. We have a terrible enemy who seeks to destroy us. That enemy is _Satan_.

2. Satan's object is to _destroy_ _people_. His main weapons are _deceit_ and _lies_.

3. The Lord Jesus came into the world to _destroy_ _the_ _works_ _of_ _the_ _devil_.

4. The cross is the place where _Christ_ _redeemed_ _men_ _from_ _the_ _power_ _of_ _Satan_. The cross is also the place where _Satan_ _was_ _defeated_.

5. Christ's victory over the powers of darkness is _our_ _victory_. What He did, He did as _our_ _representative_.

6. We shared in _his_ _death_, we shared in _His_ _burial_, we shared in _His_ _resurrection_, and we share also in _His_ _victory_ _over_ _Satan_.

7. What is our new spiritual position? We are _Seated_ _with_ _Christ_ _far_ _above_ _the_ _powers_ _of_ _Darkness_.

8. To share Christ's throne means to _share_ _his_ _authority_. We can _speak_ and _act_ in His name.

9. Our defense against Satan's accusations is "_The_ _blood_ _of_ _the_ _Lamb_." Our weapon to use against Satan is "_The_ _word_ _of_ _our_ _Testimony_." This means that we can _declare_ to _Satan_ the great _facts_ of _Christ's_ _victory_ _over_ _him_.

10. Not only has the Lord Jesus delivered us from the power of our enemies, but the _Victorious, risen Christ Himself_ lives in us.

PLEASE PRINT          CHECK ANSWERS CAREFULLY BEFORE MAILING

You Must return answer sheet Before you get NEXT LESSON.

Name _Sean McIver 17416-055_   Age _32_

Street or Route & Box No. _2240 Hubbard Rd_

City _Youngstown_   State _Ohio_   Zip _44505_

Send in your ANSWER SHEET ONLY!

100% _Good_

QUESTIONS
COURSE III  Lesson 17

1. What was God's great plan?  God planned to _Call_ _out_ _people_ from Adam's sinful race and to _unite_ them into _one_ _spiritual_ _body_ called " _The_ _Church_ ."

2. The word "church," as it is used in the New Testament, means " _an_ _assembly_ _of_ _called_ - _out_ _ones_ ." It refers to _people_ not a _building_ . It is speaking of _believers_ .

3. The Bible says that the church is " _The_ _Body_ _of_ _Christ_ ." A body must have a _Head_ , and _Christ_ is the _Head_ of the church, which is _His_ _body_ .

4. What did the Lord Jesus pray concerning His believers?  He prayed _that_ _they_ _might_ _be_ _one_ _in_ _Him_ .

5. On the day of _Pentecost_ , the Holy Spirit _united_ the 120 disciples into _one_ _spiritual_ _body_ -- the _Body_ _of_ _Christ_ .

6. God dealt with the prejudice between Jews and Gentiles by _the_ _Cross_ . Both Jews and Gentiles were _Crucified_ _with_ _Christ_ . Of the two God made " _one_ _New_ _man_ ."

7. Through my resurrection with Christ, I have become, not only a new creature in Christ, but a _member_ of the _Body_ _of_ _Christ_ .

8. Complete: "There is _one_ _body_ , and _one_ _Spirit_ , even as also ye were called in _one_ _hope_ of your calling; _one_ _Lord_ , _one_ _faith_ , _one_ _baptism_ , _one_ _God_ and _Father_ of all...." Ephesians 4:4, 5, 6

9 & 10.  We have discovered four great truths about the church in this lesson:

1) _The_ _Church_ _is_ _the_ _Body_ _of_ _Christ_ .

2) _Christ_ _is_ _the_ _Head_ _of_ _the_ _Body_ .

3) _all_ _believers_ _are_ _members_ _of_ _the_ _Body_ _of_ _Christ_ .

4) _The_ _Body_ _of_ _Christ_ _is_ _one_ .

PLEASE PRINT        CHECK ANSWERS CAREFULLY BEFORE MAILING

You Must return answer sheet Before you get NEXT LESSON.

Sean McIver #17416-055
Northeast Ohio Correctional Center
2240 Hubbard Rd
YOUNGSTOWN  OH  44505-3198

_____ Age _____

_____ Zip _____

Send in your ANSWER SHEET ONLY!

Cut out the answer page and fold at the X's, with the Mailbox Club Address on the outside

QUESTIONS
COURSE III
Lesson 13

*90  very good !*

1. Three terrible enemies that war against the Christian are __the flesh__, __The world__, and __the devil__.

2. To keep people in his kingdom, Satan organized the human race into a
"__world__ - __system__" based on __pride__, __ambition__, __selfishness__, __greed__, and __sinful pleasure__.

3. "The world" is __Human society with God left out__. The ruler of the world-system is __satan__.

4. The basic character of the world-system is __hatred__ against __God__ and against __His Son__.

5. The purpose of the world-system is __to draw men's hearts away from God__ and from __doing his will__.

6. Did the Lord Jesus overcome Satan's world-system? __Yes__ Did He deliver us from it? __Yes__ By our __death__, __burial__. and __resurrection__ __with__ __Christ__, we have been delivered from Satan's world-system.

7. Why has the Lord Jesus left us in the world? That we might __take the gospel to the unsaved__.

8. Satan's strategy against us as Christians is to make us __of no effect in the battle against him__.
Satan tries to make us __conform__ to the world.

9. What happens when we conform to the world?
   (1) __we lose the joy of being a Christian__
   (2) __we lose God's power in our life__.

10. What does God want us to see concerning the world:
    (1) That the __World__ - __system is controlled by Satan__
    (2) That __the world system has no future__

PLEASE PRINT        CHECK ANSWERS CAREFULLY BEFORE MAILING

_____ Age _____

00019989 05 0034 12   S   M1606 S44
SEAN MCIVER #17416-055
NORTHEAST OHIO CORRECTIONAL CENTER
2240 HUBBARD RD
YOUNGSTOWN OH 44505-3157

_____ Zip _____

You Must return only answer sheet **Before** you get NEXT LESSON.

Send in your ANSWER SHEET ONLY!

Cut out the answer page and fold at the X's, with the Mailbox Club Address on the outside

QUESTIONS
COURSE III
Lesson 12

*excellent!*

1. Every Christian has within him two opposing powers-- <u>The flesh</u> and <u>The Spirit</u> .

2. The flesh (1) is very <u>sinful</u> , (2) will not <u>obey God</u>
(3) cannot <u>know</u> God , (4) cannot <u>please God</u>
(5) cannot <u>be made good</u> .

3. God crucified us with Christ so that <u>we might NO longer be ruled By The Flesh</u> .

4. Romans 6:6 tells us that <u>our old self was crucified with Christ</u> in order that <u>the flesh might be made powerless</u> .

5. Does the flesh have any right to rule over us? <u>NO</u> Its power over us is <u>broken</u> . We <u>can</u> sin, but we <u>don't have to</u> .

6. The Holy Spirit is a <u>Person</u> and He is <u>God</u> . Does every believer have the Holy Spirit? <u>yes</u> Will He ever leave us? <u>NO</u>

7. The work of the Holy Spirit within us is twofold:
(1) He <u>battles against the Flesh</u> .
(2) He <u>produces Christ's life in us</u> .

8. Does the Holy Spirit deliver us apart from our will? <u>NO</u>
We must <u>choose</u> to be delivered from the works of the flesh.

9. To walk in the flesh means <u>to be under the control of the Flesh</u> ; to walk in the Spirit means <u>to be under the control of the spirit</u>

10. To walk in the Spirit, three things are necessary:
(1) <u>we must set our mind on the things of the spirit</u> .
(2) <u>we must yield to the spirit</u> .
(3) <u>we must trust the spirit</u> .

PLEASE PRINT     CHECK ANSWERS CAREFULLY BEFORE MAILING

You Must return answer sheet Before you get NEXT LESSON.

Sean McIver #17416-055 YOUNGSTOWN OH 44505-3157
Northeast Ohio Correctional Center 2240 Hubbard Rd
S
M1606 S44

00.019.989  05  0034 12     NL3 12-13

_____ Age _____

_____

_____ Zip _____

12-100
13-90

Send in your ANSWER SHEET ONLY!

*Sean, Great Work! Libby Beasley*

QUESTIONS
COURSE III
Lesson 16

100% *Good*

1. Consecration is the __giving__ of my life to God
to do his will instead of my own.

2. The burnt offering represented __the lord Jesus offering__
up his life to the father to do
His will.

3. When I consecrate my life to the Lord, does this mean that I am giving my
life to become a preacher or missionary? __NO__    I give myself __to__
the lord to do His will wherever I am.

4. Can I give part of my life to the Lord and keep part of it for myself? __NO__
Consecration is the offering up of a __whole__ life to God.

5. Why should I consecrate my life to God? Because __I belong to__
__him__    What was the price the Lord Jesus paid for me?
__His own precious blood__.

6. I know that I should give myself to the Lord, but what makes me want to do
this? It is __the love of Christ__

7. The purpose of consecration is that __God's will may be__
__done in my life__. It is really the __Lord__
__Jesus Who does Gods will in me__

8. The Bible tells us that we are to present ourselves to God "__as those__
__that are alive from the dead__."

9. The result of consecration is that __I die to my own__
__plans and ambitions__ ; I live __to do the__
__will of God__.

10. My greatest satisfaction comes __when I find God's__
__will for my life and do it__.

PLEASE PRINT        CHECK ANSWERS CAREFULLY BEFORE MAILING

You Must
return
answer sheet
<u>Before</u> you get
NEXT
LESSON.

Sean McIver #17416-055 * YOUNGSTOWN. OH * 44505-
Northeast Ohio Correctional Center * 2240 Hubbard Rd

00019989  05  0034 16        R

Age
__16/17__    100

Zip
__Z__

Send in your ANSWER SHEET ONLY!

# A LETTER FROM YOUR CBI INSTRUCTOR!
## ¡UNA CARTA DE ÁNIMO DE SU INSTRUCTOR DE CBI!



Crossroad
BIBLE INSTITUTE

Feb 1, 2011

Dear Sean,

Well, here we are already in the second month of 2011. Time keeps moving forward, even if we aren't quite able to keep up!

I hope the lesson on the church has helped you understand God's plans for his people. Christianity is a community of God's people – diverse, yet one, and all brought together to serve the Lord Jesus. May God this year give us a vision to take the gospel into the world around us – work, prisons, hospitals, neighborhoods. As you pointed out, there are many lost souls who don't know God. Oh for boldness to speak to them about the one who came to seek and save the lost.

Let us continue to look to our unchanging God, the same always, merciful, gracious, just and powerful. And here we are – always changing, up and down, fickle, cold one day, hot the next. Let us thank God that "there is no condemnation for those who are in Christ Jesus." It is to him we look for freedom from sin and death. Keep following hard after him, Sean!

–Your CBI friend



**Crossroad**
BIBLE INSTITUTE

Congratulations on completing the *Great Truths of the Bible* course!

We have enclosed a Certificate of Achievement to recognize this significant accomplishment. Thank you for your hard work and diligence in completing these lessons. We are proud to recognize all of the hard work and thoughtfulness that went into completing these lessons. We hope that the truths from God's Word which you studied in this course will stay with you for the rest of your life!

We are excited to inform you that your first lesson in the next Tier 1 course, *Survey of the Bible*, should be arriving shortly. We know that you will be blessed as you study the drama of Christ redeeming His world. We are eager to once again join you in this vital task of learning more about God and His will for your life.

It has been a privilege to witness your success in *Great Truths of the Bible*, and we pray that you will continue to diligently pursue Christ and His Word. We wanted to share the following verse with you to encourage you in your continuing studies, and to celebrate this exciting achievement:

*"For this reason, since the day we heard about you, we have not stopped praying for you and asking God to fill you with the knowledge of his will through all spiritual wisdom and understanding."*

Colossians 1:9

The CBI Staff

P.O. Box 900
Grand Rapids, MI
49509-0900





I Love you.
and wut you
I wut play
with you