**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



UNITED STATES OF AMERICA,

v.

09-CR-108S

SEAN McIVER,

Defendant.

**SENTENCING LETTER**

RECEIVED
WILLIAM M. SKRETNY
MAY 02 2011
United States District Court
Western District of New York

Hello Judge Skretny

How are you today I am writing you about Sean McIver my son whom I love and miss so much and I need him home please give him as little time as possible I know he has grown and realize what the lord wants him to do. This is short and I'm just spinning out of my mind I hope I didn't take up to much of your time. Let my baby come home soon please

Sincere
Sally Cornelious
471-9662

I'm sorry, Sean really don't deserve what is going on to him.