Case File # 09-CR-108-S

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

**FORM TO BE COMPLETED BY THE CLIENT**
**FOR WHOM THE LAW STUDENT IS RENDERING SERVICES**

I authorize _Kinsey Davidson_, a Law Student, to appear in court or at other proceedings on my behalf, and to prepare documents on my behalf. I am aware that he/she is not admitted to the Bar and that he/she will appear pursuant to the United States District Court, Western District of New York, Student Practice Rule.

_7/26/11_
(Date)

_[signature]_
(Signature of Client)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached).

**TO BE COMPLETED BY THE LAW STUDENT'S**
**SUPERVISING ATTORNEY**

I will carefully supervise all of this student's work. I authorize this student to appear in court or at other proceedings, and to prepare documents. I will accompany the student at such appearances, and sign any documents prepared by the student. I assume personal responsibility for his/her work.

_7/26/11_
(Date)

_[signature]_
(Signature of Attorney)

APPROVED: _[signature]_
UNITED STATES DISTRICT JUDGE

_08/01/11_
(DATE)